**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| **In re:** ) | **Case No. 23-10201-BFK** |
| **Eric Jensen,** ) | **Chapter 7** |
|       **Debtor.** ) |  |

## ORDER APPROVING COMPROMISE AND SETTLEMENT OF TRUSTEE'S PRE- AND POST-PETITION AVOIDANCE CLAIMS AGAINST DENA JENSEN

THIS MATTER came on before the Court upon the *Motion to Approve Compromise and Settlement of Trustee's Avoidance Claims Against Dena Jensen* (Docket No. ___) (the "Motion") filed by Janet M. Meiburger, Trustee ("Trustee"), the duly appointed Chapter 7 trustee for Eric Jensen ("Debtor"), the debtor herein, pursuant to Fed. R. Bankr. P. 9019(a), seeking Court approval of the terms of a proposed compromise and settlement with respect to certain pre-petition avoidance claims formally asserted in an adversary proceeding filed against Dena Jensen ("Mrs. Jensen"), the Debtor's wife, as more particularly described below; and it

APPEARING TO THE COURT that on February 8, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code"), thereby commencing the above-captioned case; and that the Trustee was appointed on or about February 9, 2023 (Docket No. 5); and it

FURTHER APPEARING TO THE COURT that on October 11, 2024, the Trustee filed a *Complaint* commencing that certain adversary proceeding captioned *Meiburger v. Dena Jensen*, Adv. Proc. No. 24-01055-BFK (the "Adversary Proceeding"), asserting avoidance claims in the amount of $92,927.81 (the "Avoidance Claims") against Mrs. Jensen under the provisions of 11 U.S.C. §§548(a) and 550(a)(1) arising from a series of pre-Petition Date deposits of the Debtor's earnings into certain Apple Federal Credit Union accounts owned jointly by the Debtor and Mrs. Jensen; and

FURTHER APPEARING TO THE COURT that, following arms' length negotiations, the Trustee has reached an agreement to settle the Avoidance Claims asserted in the Adversary Proceeding, as

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for Janet M. Meiburger, Trustee

evidenced by a *Settlement Agreement* which is attached and incorporated by reference to the Motion as Exhibit A (the "Agreement"); that under the terms of the Agreement, Mrs. Jensen will pay the Trustee the sum of $55,000 (the "Settlement Payment") in full satisfaction of the Avoidance Claims; that the Agreement is not intended as an admission of liability by Mrs. Jensen; and that in exchange for the Settlement Payment, the Trustee has agreed to dismiss the Adversary Proceeding with prejudice and release Mrs. Jensen of all claims arising in connection with the Avoidance Claims asserted in the Adversary Proceeding; and it

FURTHER APPEARING TO THE COURT that the terms of the proposed compromise and settlement are in the best interest of the estate and its creditors and fall within the range of reasonable settlements for matters of this type; that good and sufficient notice has been given in accordance with Fed. R. Bankr. P. 9019 and 2002; and that no objection has been filed; it is therefore

ORDERED that the *Motion* is hereby GRANTED; and that the terms and conditions of the compromise and settlement between the Trustee and Mrs. Jensen, as reflected in the Agreement, are approved in all respects; and it is

FURTHER ORDERED that following receipt of the Settlement Sum, the Trustee shall seek dismissal of the Adversary Proceeding with prejudice; and it is

FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the Agreement as approved by this Order.

Dated:

                                                        Brian F. Kenney
                                                        Chief Judge

I ASK FOR THIS:
/s/ Robert M. Marino
Robert M. Marino, Esq. VSB #26076
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-684-5109
rmmarino@rpb-law.com
Counsel for Janet M. Meiburger, Trustee

2

**CERTIFICATION OF ENDORSEMENT BY ALL NECESSARY PARTIES**

I hereby certify that the foregoing order has been endorsed by all necessary parties.

/s/ Robert M. Marino
Robert M. Marino

Copies to:

Robert M. Marino, Esq.
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

Dan Press
Chung & Press, P.C.
6718 Whittier Ave., #200
McLean, VA 22101