209 Madison Owner, LLC and
WPI-Madison, LLC
c/o Bregman, Berbert, Schwartz & Gilday
7315 Wisconsin Avenue, Suite 800 West
Bethesda, MD 20814-3202

Estate of Robert J. Patch
c/o Jeffrey S. Patch
306 Gold St., Apt. 14H
Brooklyn, NY 11201-3028

Eric Jensen
3228 Wynford Drive
Fairfax, VA 22031-2828

Benoit Castel
c/o Benjamin P. Smith, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, PA
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854-6801

Home Point Financial Corp.
P.O. Box 100077
Duluth, GA 30096-9377

Steven B. Ramsdell
Tyler, Bartl & Ramsdell, P.L.C.
300 N. Washington St., Suite 310
Alexandria, VA 22314-2530

209 Madison Owner, LLC
c/o Joss Realty
1345 Ave of Americas, 31st Fl.
New York, NY 10105

Joseph Cooleen, Esq.
Baskin, Jackson & Lasso, PC
301 Park Ave.
Falls Church, VA 22046-3399

209 Madison Owner, LLC
c/o Joss Realty Partners
650 Fifth Ave., Suite 2400
New York, NY 10019-6166

Pamela T. Patch
802 Rexford Way
Upper Marlboro, MD 20774-8442

Andrew J. Patch
12701 Maryvale Ct.
Ellicott City, MD 21042-1269

Robert J Patch Trust
c/o Jeffrey S Patch
306 Gold Street, Apt 14H
Brooklyn, NY 11201-3028

Benjamin P. Smith, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, PA
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854-6801

Robert J Patch Trust
c/o Jeffrey S Patch, Trustee
388 Bridge Street, Apt 43F
Brooklyn, NY 11201-5375

Benoit Castel
3 Portofino Dr., Suite 902
Gulf Breeze, FL 32561-2496

Robert J. Patch Trust
3333 University Blvd. W
Apt. #809
Kensington, MD 20895-1837

Christopher B. Bowman, Esq.
Bregman, Berbert et al.
7315 Wisconsin Ave. , 800 West
Bethesda, MD 20814-3202

Roland E. Long, Jr.
6215 Balls Ford Dr.
Fairfax Station, VA 22039-1333

Craig B. Leavers, Trustee
P.O. Box 306
Cockeysville, MD 21030-0306

WPI-Madison, LLC
18300 Von Karman Ave.
Suite 880
Irvine, CA 92612-1043

Douglas V. Rigler
5008 River Hill Rd.
Bethesda, MD 20816-2239

William B. Schroeder, Esq.
Shulman Rogers
12505 Park Potomac Ave, 6th Fl
Potomac, MD 20854-6803