IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| In re:<br>Eric Jensen,<br>    Debtor. | Case No. 23-10201-BFK<br>Chapter 7 |

### ORDER APPROVING COMPROMISE AND SETTLEMENT OF TRUSTEE'S AVOIDANCE CLAIMS AGAINST DENA JENSEN

THIS MATTER came on before the Court upon the *Motion to Approve Compromise and Settlement of Trustee's Avoidance Claims Against Dena Jensen* (Docket No. 50) (the "Motion") filed by Janet M. Meiburger, Trustee ("Trustee"), the duly appointed Chapter 7 trustee for Eric Jensen ("Debtor"), the debtor herein, pursuant to Fed. R. Bankr. P. 9019(a), seeking Court approval of the terms of a proposed compromise and settlement with respect to certain pre-petition avoidance claims formally asserted in an adversary proceeding filed against Dena Jensen ("Mrs. Jensen"), the Debtor's wife, as more particularly described below; and it

APPEARING TO THE COURT that on February 8, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code"), thereby commencing the above-captioned case; and that the Trustee was appointed on or about February 9, 2023 (Docket No. 5); and it

FURTHER APPEARING TO THE COURT that on October 11, 2024, the Trustee filed a *Complaint* commencing that certain adversary proceeding captioned *Meiburger v. Dena Jensen*, Adv. Proc. No. 24-01055-BFK (the "Adversary Proceeding"), asserting avoidance claims in the amount of $92,927.81 (the "Avoidance Claims") against Mrs. Jensen under the provisions of 11 U.S.C. §§548(a) and 550(a)(1) arising from a series of pre-Petition Date deposits of the Debtor's earnings into certain Apple Federal Credit Union accounts owned jointly by the Debtor and Mrs. Jensen; and

FURTHER APPEARING TO THE COURT that, following arms' length negotiations, the Trustee has reached an agreement to settle the Avoidance Claims asserted in the Adversary Proceeding, as

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for Janet M. Meiburger, Trustee

evidenced by a *Settlement Agreement* which is attached and incorporated by reference to the Motion as Exhibit A (the "Agreement"); that under the terms of the Agreement, Mrs. Jensen will pay the Trustee the sum of $55,000 (the "Settlement Payment") in full satisfaction of the Avoidance Claims; that the Agreement is not intended as an admission of liability by Mrs. Jensen; and that in exchange for the Settlement Payment, the Trustee has agreed to dismiss the Adversary Proceeding with prejudice and release Mrs. Jensen of all claims arising in connection with the Avoidance Claims asserted in the Adversary Proceeding; and it

FURTHER APPEARING TO THE COURT that the terms of the proposed compromise and settlement are in the best interest of the estate and its creditors and fall within the range of reasonable settlements for matters of this type; that good and sufficient notice has been given in accordance with Fed. R. Bankr. P. 9019 and 2002; and that no objection has been filed; it is therefore

ORDERED that the *Motion* is hereby GRANTED; and that the terms and conditions of the compromise and settlement between the Trustee and Mrs. Jensen, as reflected in the Agreement, are approved in all respects; and it is

FURTHER ORDERED that following receipt of the Settlement Sum, the Trustee shall seek dismissal of the Adversary Proceeding with prejudice; and it is

FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the Agreement as approved by this Order.

Dated: Mar 10 2025

/s/ Brian F Kenney
Brian F. Kenney
Chief Judge

Entered on Docket: Mar 11 2025

I ASK FOR THIS:
/s/ Robert M. Marino
Robert M. Marino, Esq. VSB #26076
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-684-5109
rmmarino@rpb-law.com
Counsel for Janet M. Meiburger, Trustee

2

**CERTIFICATION OF ENDORSEMENT BY ALL NECESSARY PARTIES**

I hereby certify that the foregoing order has been endorsed by all necessary parties.

/s/ Robert M. Marino
Robert M. Marino

Copies to:

Robert M. Marino, Esq.
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

Dan Press
Chung & Press, P.C.
6718 Whittier Ave., #200
McLean, VA 22101

3

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10201-BFK |
| Eric Jensen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: LilianPal | Page 1 of 2 |
| Date Rcvd: Mar 11, 2025 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

**Recip ID          Recipient Name and Address**
+    Dan Press, Chung & Press, P.C., 6718 Whittier Ave., #200, McLean, VA 22101-4531

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Creditor Benoit Castel bsmith@shulmanrogers.com ctremper@shulmanrogers.com;kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com |
| Christopher Barrett Bowman | on behalf of Creditor 209 Madison Owner LLC and WPI-Madison, LLC cbowman@milesstockbridge.com, kristy@bregmanlaw.com |
| Daniel M. Press | on behalf of Defendant Dena Jensen dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Janet M. Meiburger | trustee@meiburgerlaw.com VA41@ecfcbis.com |
| Janet M. Meiburger | on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com |

District/off: 0422-9                          User: LilianPal                          Page 2 of 2

Date Rcvd: Mar 11, 2025                  Form ID: pdford9                      Total Noticed: 1

Matthew W. Cheney
           ustpregion04.ax.ecf@usdoj.gov

Robert M. Marino
           on behalf of Trustee Janet M. Meiburger rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino
           on behalf of Plaintiff Janet M Meiburger rmmarino@rpb-law.com rmmarino1@aol.com

Steven B. Ramsdell
           on behalf of Debtor Eric Jensen sramsdell@tbrclaw.com asemerjian@tbrclaw.com

TOTAL: 9