# EXHIBIT A

**Redmon, Peyton & Braswell, L.L.P.**   RP&B

510 King Street
Suite 301
Alexandria, VA 22314
Tel: (703) 684-2000
Fax: (703) 684-5109

July 01, 2024
Billed through   June 30, 2024
Statement Number   096337-00004   15219   RMM
9

Ms. Janet M. Meiburger, Chapter 7 Trustee
c/o The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite #201
McLean, VA  22101

Re: Eric Jensen Bankruptcy

| | |
|---|---|
| Balance forward as of last statement | $0.00 |
| Payments received | ($0.00) |
| Net balance forward | $0.00 |

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/17/24 | RMM | Prepare pleadings to employ RPB as special counsel in the Eric Jensen case and forward same to Trustee for review and approval prior to filing (1.5). Revise and edit pleadings based upon comments from Trustee (0.2). Electronically file and serve pleadings (0.2). | 1.90 | 475.00/hr | 902.50 |
| | RMM | Review background re issues relating to Debtor's joint bank accounts. | 0.50 | 475.00/hr | 237.50 |
| | | Total fees for this matter | | | $1,140.00 |

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Robert M. Marino | 2.40 hr | 475.00 /hr | $1,140.00 |
| TOTAL FEES | 2.40 hr | | $1,140.00 |
| | | | |
| Total Amount of This Bill | | | $1,140.00 |
| Total Balance Now Due | | | $1,140.00 |

Please include statement number with remittance.
WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS



**Redmon, Peyton & Braswell, L.L.P.**

510 King Street
Suite 301
Alexandria, VA 22314
Tel: (703) 684-2000
Fax: (703) 684-5109

August 01, 2024
Billed through    July 31, 2024
Statement Number    096337-00004    15253    RMM
8

Ms. Janet M. Meiburger, Chapter 7 Trustee
c/o The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite #201
McLean, VA  22101

Re: Eric Jensen Bankruptcy

| | |
|---|---:|
| Balance forward as of last statement | $1,140.00 |
| Payments received | ($0.00) |
| Net balance forward | $1,140.00 |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---|---:|
| 07/03/24 | RMM | Follow-up with US Trustee re application to employ RPB as special counsel, finalize order approving same and submit through BOPS. | 0.20 | 475.00/hr | 95.00 |
| 07/19/24 | RMM | Review additional background and research re joint bank account dispute in Jensen case. | 1.50 | 475.00/hr | 712.50 |
| 07/24/24 | RMM | Review additional background in Jensen case (1.0). Research re wage exemption, fraudulent conveyance issues relating to joint bank accounts in Jensen case (1.5). | 2.50 | 475.00/hr | 1,187.50 |
| 07/25/24 | RMM | Further review of issues and research relating to bank account dispute, including review of case law and strategy re potential arguments to assert for settlement negotiations. | 2.20 | 475.00/hr | 1,045.00 |
| | | Total fees for this matter | | | $3,040.00 |

## BILLING SUMMARY

| | | | |
|---|---:|---|---:|
| Robert M. Marino | 6.40 hr | 475.00 /hr | $3,040.00 |
| TOTAL FEES | 6.40 hr | | $3,040.00 |
| Total Amount of This Bill | | | $3,040.00 |
| Net balance forward | | | $1,140.00 |

Total Balance Now Due $4,180.00

Please include statement number with remittance.
WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

# Redmon, Peyton & Braswell, L.L.P. 

510 King Street
Suite 301
Alexandria, VA 22314
Tel: (703) 684-2000
Fax: (703) 684-5109

September 03, 2024
Billed through   August 31, 2024
Statement Number   096337-00004   15272   RMM
0

Ms. Janet M. Meiburger, Chapter 7 Trustee
c/o The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite #201
McLean, VA 22101

Re: Eric Jensen Bankruptcy

| | |
|---|---|
| Balance forward as of last statement | $4,180.00 |
| Payments received | ($0.00) |
| Net balance forward | $4,180.00 |

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/24 | RMM | Review strategy with Trustee re issues relating to joint bank account. | 0.50 | 475.00/hr | 237.50 |
| 08/27/24 | RMM | Meet with Ms. Meiburger re strategy on settlement discussions with Debtor on joint bank account issues. | 0.30 | 475.00/hr | 142.50 |
| | | Total fees for this matter | | | $380.00 |

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Robert M. Marino | 0.80 hr | 475.00 /hr | $380.00 |
| TOTAL FEES | 0.80 hr | | $380.00 |
| Total Amount of This Bill | | | $380.00 |
| Net balance forward | | | $4,180.00 |
| Total Balance Now Due | | | $4,560.00 |

Please include statement number with remittance.
WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

**Redmon, Peyton & Braswell, L.L.P.**                                    RP&B

510 King Street
Suite 301
Alexandria, VA 22314
Tel: (703) 684-2000
Fax: (703) 684-5109

October 01, 2024
Billed through   September 30, 2024
Statement Number   096337-00004   15300   RMM
2

Ms. Janet M. Meiburger, Chapter 7 Trustee
c/o The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite #201
McLean, VA 22101

Re: Eric Jensen Bankruptcy

| | |
|---|---:|
| Balance forward as of last statement | $4,560.00 |
| Payments received | ($0.00) |
| Net balance forward | $4,560.00 |

### PROFESSIONAL SERVICES

| Date | | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---:|
| 09/03/24 | | RMM | Telephone call with Mr. Ramsdell re settlement discussions on joint bank account issues. | 0.20 | 475.00/hr | 95.00 |
| 09/23/24 | | RMM | Prepare draft complaint against Eric and Dena Jensen for avoidance of deposits into joint Apple accounts and turnover of funds and transmit same to Trustee Meiburger for review and comment. | 2.80 | 475.00/hr | 1,330.00 |
| 09/30/24 | | RMM | Review comments from Trustee re complaint to avoid transfers to Mrs. Jensen (0.7). Revise complaint to reflect comments and transmit same to Trustee for final review and approval (1.3). | 2.00 | 475.00/hr | 950.00 |

Total fees for this matter $2,375.00

### BILLING SUMMARY

| | | | |
|---|---:|---:|---:|
| Robert M. Marino | 5.00 hr | 475.00 /hr | $2,375.00 |
| TOTAL FEES | 5.00 hr | | $2,375.00 |
| Total Amount of This Bill | | | $2,375.00 |
| Net balance forward | | | $4,560.00 |
| Total Balance Now Due | | | $6,935.00 |



## Redmon, Peyton & Braswell, L.L.P.

510 King Street
Suite 301
Alexandria, VA  22314
Tel: (703) 684-2000
Fax: (703) 684-5109

November 01, 2024
Billed through    October 31, 2024
Statement Number    096337-00004   15331   RMM
3

Ms. Janet M. Meiburger, Chapter 7 Trustee
c/o The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite #201
McLean, VA  22101

Re: Eric Jensen Bankruptcy

| | |
|---|---:|
| Balance forward as of last statement | $6,935.00 |
| Payments received | ($0.00) |
| Net balance forward | $6,935.00 |

### PROFESSIONAL SERVICES

| Date | | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---|---:|
| 10/09/24 | | RMM | Review additional comments from Trustee re draft complaint, make further revisions to complaint and prepare email transmitting revised complaint to Trustee for final approval. | 1.50 | 475.00/hr | 712.50 |
| 10/11/24 | | RMM | Revise and finalize complaint against Mrs. Jensen based upon Trustee's final comments, electronically file all pleadings to commence AP, and send courtesy copy of same to counsel for Mrs. Jensen. | 0.80 | 475.00/hr | 380.00 |
| 10/15/24 | | RMM | Review summons and initial scheduling order (0.1). Telephone discussion with Trustee re status of pending AP against Debtor's spouse and substantive issues relating to complaint (0.3). | 0.40 | 475.00/hr | 190.00 |
| 10/17/24 | | RMM | Review summons and initial scheduling order for AP filed against Dena Jensen (0.2). Serve summons, initial scheduling order and complaint (0.3). Prepare certificate of service and electronically file same (0.2). | 0.70 | 475.00/hr | 332.50 |
| | | | Total fees for this matter | | | $1,615.00 |

### DISBURSEMENTS:

| | | | |
|---|---|---|---:|
| 10/11/2024 | Expenses for US EdVA Bankruptcy Court Filing (RP&B Filing Card). | | 350.00 |
| 10/31/2024 | Postage | | 4.08 |
| | Total disbursements for this matter | | $354.08 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Robert M. Marino | 3.40 hr | 475.00 /hr | $1,615.00 |
| TOTAL FEES | 3.40 hr | | $1,615.00 |

| | |
|---|---|
| Total Amount of This Bill | $1,969.08 |
| Net balance forward | $6,935.00 |
| Total Balance Now Due | $8,904.08 |

Please include statement number with remittance.
WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

**Redmon, Peyton & Braswell, L.L.P.**   RP&B

510 King Street
Suite 301
Alexandria, VA 22314
Tel: (703) 684-2000
Fax: (703) 684-5109

December 02, 2024
Billed through   November 30, 2024
Statement Number   096337-00004   15382   RMM
0

Ms. Janet M. Meiburger, Chapter 7 Trustee
c/o The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite #201
McLean, VA  22101

Re: Eric Jensen Bankruptcy

| | |
|---|---:|
| Balance forward as of last statement | $8,904.08 |
| Payments received | ($0.00) |
| Net balance forward | $8,904.08 |

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---:|
| 11/14/24 | RMM | Review answer and affirmative defenses filed by Ms. Jensen re avoidance complaint and forward same to Trustee. | 0.40 | 475.00/hr | 190.00 |
| 11/25/24 | RMM | Telephone call with Mr. Press re settlement discussions, scheduling for initial pretrial conference. | 0.40 | 475.00/hr | 190.00 |
| | | Total fees for this matter | | | $380.00 |

### DISBURSEMENTS:

| Date | Description | Amount |
|---|---|---:|
| 11/14/2024 | Expenses for Pacer Services (Truist - RP&B Filing Card). | 5.00 |
| | Total disbursements for this matter | $5.00 |

### BILLING SUMMARY

| | Hours | Rate | Amount |
|---|---|---|---:|
| Robert M. Marino | 0.80 hr | 475.00 /hr | $380.00 |
| TOTAL FEES | 0.80 hr | | $380.00 |

| | |
|---|---:|
| Total Amount of This Bill | $385.00 |
| Net balance forward | $8,904.08 |
| Total Balance Now Due | $9,289.08 |

Please include statement number with remittance.
WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

## Redmon, Peyton & Braswell, L.L.P.

510 King Street
Suite 301
Alexandria, VA 22314
Tel: (703) 684-2000
Fax: (703) 684-5109

RP&B

January 09, 2025
Billed through   January 09, 2025
Statement Number   096337-00004   15414   RMM
3

Ms. Janet M. Meiburger, Chapter 7 Trustee
c/o The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite #201
McLean, VA  22101

Re: Eric Jensen Bankruptcy

| | |
|---|---:|
| Balance forward as of last statement | $9,289.08 |
| Payments received | ($0.00) |
| Net balance forward | $9,289.08 |

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---|---:|
| 12/02/24 | RMM | Telephone call with Ms. Meiburger re pretrial issues and strategy in pending litigation against Mrs. Jensen (0.6). Prepare for pretrial (0.4). | 1.00 | 475.00/hr | 475.00 |
| 12/03/24 | RMM | Attend pretrial conference in Meiburger v. Jensen avoidance AP and follow-up with counsel for Ms. Jensen and Trustee re same. | 0.80 | 475.00/hr | 380.00 |
| 12/06/24 | RMM | Prepare plaintiff's initial disclosures in Dena Jensen litigation and transmit to counsel for Defendant. | 0.70 | 475.00/hr | 332.50 |
| 12/19/24 | RMM | Review strategy re Jensen settlement offer and prepare email to Mr. Press presenting settlement counteroffer. | 0.30 | 475.00/hr | 142.50 |
| 01/03/25 | RMM | Telephone call with Trustee re strategy on discovery in pending litigation with Mrs. Jensen. | 0.20 | 475.00/hr | 95.00 |
| 01/08/25 | RMM | Follow-up with counsel for Mrs. Jensen re settlement discussions. | 0.20 | 475.00/hr | 95.00 |

Total fees for this matter   $1,520.00

BILLING SUMMARY

Page No.:    2

| | | | |
|---|---|---|---|
| Robert M. Marino | 3.20 hr | 475.00 /hr | $1,520.00 |
| TOTAL FEES | 3.20 hr | | $1,520.00 |

Total Amount of This Bill            $1,520.00

Net balance forward            $9,289.08

Total Balance Now Due            $10,809.08

Please include statement number with remittance.
WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

**Redmon, Peyton & Braswell, L.L.P.**

RP&B

510 King Street
Suite 301
Alexandria, VA 22314
Tel: (703) 684-2000
Fax: (703) 684-5109

February 03, 2025
Billed through   January 31, 2025
Statement Number   096337-00004   15442   RMM
0

Ms. Janet M. Meiburger, Chapter 7 Trustee
c/o The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite #201
McLean, VA  22101

Re: Eric Jensen Bankruptcy

| | |
|---|---:|
| Balance forward as of last statement | $10,809.08 |
| Payments received | ($0.00) |
| Net balance forward | $10,809.08 |

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---|---:|
| 01/30/25 | RMM | Review strategy re discovery in Jensen adversary proceeding and prepare correspondence to Mr. Press requesting scheduling for deposition of Mr. and Mrs. Jensen. | 0.70 | 475.00/hr | 332.50 |
| 01/31/25 | RMM | Follow-up email to Mr. Ramsdell re depositions in Jensen avoidance litigation. | 0.20 | 475.00/hr | 95.00 |
| | | Total fees for this matter | | | $427.50 |

### BILLING SUMMARY

| | | | |
|---|---:|---|---:|
| Robert M. Marino | 0.90 hr | 475.00 /hr | $427.50 |
| TOTAL FEES | 0.90 hr | | $427.50 |
| | | | |
| Total Amount of This Bill | | | $427.50 |
| Net balance forward | | | $10,809.08 |
| Total Balance Now Due | | | $11,236.58 |

Please include statement number with remittance.
WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

**Redmon, Peyton & Braswell, L.L.P.**
510 King Street
Suite 301
Alexandria, VA  22314
Tel: (703) 684-2000
Fax: (703) 684-5109



March 17, 2025
Billed through   March 17, 2025
Statement Number   096337-00004   15481   RMM
6

Ms. Janet M. Meiburger, Chapter 7 Trustee
c/o The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite #201
McLean, VA  22101

Re: Eric Jensen Bankruptcy

| | |
|---|---:|
| Balance forward as of last statement | $11,236.58 |
| Payments received | ($0.00) |
| Net balance forward | $11,236.58 |

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---|---:|
| 02/04/25 | RMM | Review strategy re depositions of Mr. and Mrs. Jensen in connection with avoidance adversary proceeding (0.3). Prepare notices of deposition for Mr. and Mrs. Jensen (0.5). Prepare deposition subpoena directed to Mr. Jensen (0.3). Email to Mr. Press transmitting notices and subpoena (0.2). | 1.30 | 475.00/hr | 617.50 |
| 02/05/25 | RMM | Telephone call with Mr. Press re settlement discussions to resolve pending avoidance suit against Dena Jensen (0.4). Telephone call with Trustee re same (0.3). Further follow-up with Mr. Press and Trustee re same (0.4). | 1.10 | 475.00/hr | 522.50 |
| 02/06/25 | RMM | Prepare settlement agreement to memorialize settlement of AP 24-1055 with Mrs. Jensen (0.8). Prepare pleadings to approve settlement with Mrs. Jensen and transmit same to Trustee for review and approval (1.4). | 2.20 | 475.00/hr | 1,045.00 |
| 02/10/25 | RMM | Review email from Trustee re comments to pleadings on settlement of AP with Dena Jensen (0.1). Revise draft settlement agreement and pleadings and transmit same to Mr. Press for review and approval (0.3). | 0.40 | 475.00/hr | 190.00 |
| 02/11/25 | RMM | Follow-up with Mr. Press re settlement of Dena Jensen AP, revisions to settlement pleadings, forward executed settlement to Ms. Meiburger for endorsement. | 0.30 | 475.00/hr | 142.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/13/25 | RMM | Forward executed settlement agreement to Mr. Press, revise for final and electronically file all pleadings re settlement of Jensen AP. | 0.60 | 475.00/hr | 285.00 |
| 03/04/25 | RMM | Finalize order re approval of settlement of Dena Jensen AP and submit order through BOPS. | 0.20 | 475.00/hr | 95.00 |
| 03/11/25 | RMM | Review order approving settlement in Dena Jensen AP and follow-up with counsel for Mrs. Jensen re same. | 0.30 | 475.00/hr | 142.50 |
| 03/14/25 | RMM | Review status re payment of settlement sum in Dena Jensen litigation and follow-up re same. | 0.10 | 475.00/hr | 47.50 |
| 03/17/25 | RMM | Finalize, circulate for counsel approval, and electronically file joint stipulation of dismissal re Dena Jensen AP. | 0.30 | 475.00/hr | 142.50 |

Total fees for this matter                $3,230.00

DISBURSEMENTS:

| 02/28/2025 | Postage | 15.18 |
|---|---|---|

Total disbursements for this matter                $15.18

BILLING SUMMARY

| Robert M. Marino | 6.80 hr | 475.00 /hr | $3,230.00 |
|---|---|---|---|
| TOTAL FEES | 6.80 hr | | $3,230.00 |

Total Amount of This Bill                $3,245.18
Net balance forward                $11,236.58
Total Balance Now Due                $14,481.76

Please include statement number with remittance.
WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS