**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|   |   |   |
|---|---|---|
| In re: | ) | |
| Eric Jensen, | ) | Case No. 23-10201-BFK |
|     Debtor. | ) | Chapter 7 |
|   | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF ROBERT M. MARINO, ESQ. AND REDMON PEYTON & BRASWELL, LLP FOR COMPENSATION**

THIS MATTER came on before the Court upon the *First and Final Application for Compensation* (Docket No. ____) (the "Application"), filed by Robert M. Marino, Esq., and Redmon Peyton & Braswell, LLP (collectively, "Applicant"), as counsel to Janet M. Meiburger, the Chapter 7 Trustee herein for Eric Jensen, seeking an *Order* approving and authorizing on a final basis the award of compensation for legal services rendered in the reduced amount of $12,107.50 and expenses of $374.26 for the period from June 17, 2024, through March 17, 2025; and it

APPEARING TO THE COURT that proper notice of the *Application* has been provided to all necessary parties herein; that the fees and expenses sought in the *Application* represent reasonable compensation for actual, necessary services rendered by Applicant or reimbursement for Applicant's actual, necessary expenses incurred; that the Trustee believes that there are sufficient funds on hand to pay without difficulty all anticipated allowed administrative expenses, including the amounts reflected in the *Application*; that no objection or response has been filed with respect to the *Application*; and that good cause otherwise exists to grant the relief requested in the *Application*; it is therefore,

ORDERED that the *Final Application* is hereby GRANTED; that Applicant is hereby awarded on a final basis compensation for legal services rendered in the reduced amount of

Robert M. Marino, Esq.  VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel to Janet M. Meiburger, Trustee

**$12,107.50** and expenses of **$374.26** for the period from November 1, 2024, through January 9, 2025; that the fees and expenses awarded herein shall constitute an allowed administrative claim in this case; and that the Trustee may pay the fees and expenses allowed by this *Order* in advance of any final report approved by this Court.

Dated:

                              The Honorable Brian F. Kenney
                              Chief Judge

I ask for this:

/s/ Robert M. Marino
Robert M. Marino, Esq.  VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-879-2676 (Direct)
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel to H. Jason Gold, Trustee

SEEN:

Michael T. Freeman, Assistant United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

/s/ Robert M. Marino
Robert M. Marino, Esq.

Copies to:

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

Janet M. Meiburger, Trustee
1493 Chain Bridge Road, Suite 201
McLean, VA  22101

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314