**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

_____
                                      )
**In re:**                            )
**Eric Jensen,**                      )     **Case No. 23-10201-BFK**
    **Debtor.**    )     **Chapter 7**
_____)

**NOTICE REGARDING FIRST AND FINAL APPLICATION OF ROBERT M. MARINO, ESQ. AND REDMON PEYTON & BRASWELL, LLP FOR COMPENSATION**

      **PLEASE TAKE NOTICE THAT** Robert M. Marino, Esq. and the law firm of Redmon Peyton & Braswell, LLP (collectively, the "Applicant" or "Counsel"), counsel to Janet M. Meiburger ("Trustee"), the Chapter 7 Trustee for Eric Jensen, has filed papers with the Court (namely, the *First and Final Application of Robert M. Marino, Esq. and Redmon Peyton & Braswell, LLP For Compensation*) (the "Application") seeking the Court's final approval of legal fees in the reduced amount of $12,107.50 and for reimbursement of out-of-pocket expenses incurred in the amount of $374.26 for the period from June 17, 2024, through March 17, 2025. Applicant seeks payment of any fees that may be approved by the Court in connection with the *Application*. Any approved fees will be paid by the Trustee with funds from the estate in advance of any final report. Copies of the *Application* may be viewed at the Bankruptcy Court's website (http://www.vaeb.uscourts.gov/) or may be obtained from the undersigned counsel upon request and payment of the copying and delivery charges.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

    If you do not wish the Court to grant the relief sought in the *Application*, or if you want the Court to consider your views on the *Application*, then **on or before April 17, 2025, which is twenty-one (21) days after the date of service of this Notice,** you or your attorney **must**:

- File with the Court, at the following address, Clerk of Court, United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, 200 South Washington Street, Alexandria, Virginia 22314, a written response with supporting Memorandum, as required by Local Rule 9013-1(G). **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THE *APPLICATION* AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, AND TREAT THE *APPLICATION* AS CONCEDED.** If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date noted above. You must also mail a copy to the persons listed below.

Robert M. Marino, Esq.  VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for Janet M. Meiburger, Trustee

- **Send a copy of any written response to the following persons:**

| Robert M. Marino, Esq.<br>Redmon Peyton & Braswell LLP<br>510 King Street, Suite 301<br>Alexandria, Virginia 22314 | The Office of the United States Trustee, Region 4<br>1725 Duke Street, Suite 650<br>Alexandria, VA  22314 |
|---|---|

- **Attend a hearing to consider the relief requested in the Motion that is scheduled for TUESDAY, April 22, 2025, at 9:30 A.M., before the Honorable Brian F. Kenney, United States Bankruptcy Judge, Courtroom I, Second Floor, 200 South Washington Street, Alexandria, Virginia 22314.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the *Application* and may enter orders granting that relief without further notice to you.

Dated: March 27, 2025

Respectfully Submitted,
/s/ Robert M. Marino
Robert M. Marino, Esq.  VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-879-2676 (Direct)
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for Janet M. Meiburger, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that this 27th day of March, 2025, I have caused a copy of this *Notice* to be served electronically through the electronic case filing system to all persons entering their appearance and requesting notice in this case, and to the following persons by email:

Michael T. Freeman, Assistant United States Trustee
Office of the United States Trustee
Email: michael.t.freeman@usdoj.gov

Janet M. Meiburger, Trustee
Email: janetm@meiburgerlaw.com

and by first class mail, postage prepaid, to the creditors and parties in interest who are set forth on the attached service list (a copy of which is not being served with this Notice).

/s/Robert M. Marino
Robert M. Marino