IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| In re: | ) | |
| Eric Jensen, | ) | Case No. 23-10201-BFK |
|     Debtor. | ) | Chapter 7 |
|  | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF ROBERT M. MARINO, ESQ. AND REDMON PEYTON & BRASWELL, LLP FOR COMPENSATION**

THIS MATTER came on before the Court upon the *First and Final Application for Compensation* (Docket No. 54) (the "Application"), filed by Robert M. Marino, Esq., and Redmon Peyton & Braswell, LLP (collectively, "Applicant"), as counsel to Janet M. Meiburger, the Chapter 7 Trustee herein for Eric Jensen, seeking an *Order* approving and authorizing on a final basis the award of compensation for legal services rendered in the reduced amount of $12,107.50 and expenses of $374.26 for the period from June 17, 2024, through March 17, 2025; and it

APPEARING TO THE COURT that proper notice of the *Application* has been provided to all necessary parties herein; that the fees and expenses sought in the *Application* represent reasonable compensation for actual, necessary services rendered by Applicant or reimbursement for Applicant's actual, necessary expenses incurred; that the Trustee believes that there are sufficient funds on hand to pay without difficulty all anticipated allowed administrative expenses, including the amounts reflected in the *Application*; that no objection or response has been filed with respect to the *Application*; and that good cause otherwise exists to grant the relief requested in the *Application*; it is therefore,

ORDERED that the *Final Application* is hereby GRANTED; that Applicant is hereby awarded on a final basis compensation for legal services rendered in the reduced amount of

Robert M. Marino, Esq.  VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel to Janet M. Meiburger, Trustee

**$12,107.50** and expenses of **$374.26** for the period from November 1, 2024, through January 9, 2025; that the fees and expenses awarded herein shall constitute an allowed administrative claim in this case; and that the Trustee may pay the fees and expenses allowed by this *Order* in advance of any final report approved by this Court.

Dated: Apr 18 2025

/s/ Brian F Kenney
_____
The Honorable Brian F. Kenney
Chief Judge

Entered On Docket: Apr 18 2025

I ask for this:

/s/ Robert M. Marino
_____
Robert M. Marino, Esq.  VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street,  Suite 301
Alexandria, VA 22314
Phone: 703-879-2676 (Direct)
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel to H. Jason Gold, Trustee

SEEN:

/s/ Michaelt T. Freeman (with written authorization)
_____
Michael T. Freeman, Assistant United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

/s/ Robert M. Marino
_____
Robert M. Marino, Esq.

Copies to:

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

Janet M. Meiburger, Trustee
1493 Chain Bridge Road, Suite 201
McLean, VA  22101

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

-2-

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10201-BFK |
| Eric Jensen | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaLa | Page 1 of 2 |
| Date Rcvd: Apr 18, 2025 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 19 2025 01:29:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Creditor Benoit Castel bsmith@shulmanrogers.com ctremper@shulmanrogers.com;kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com |
| Christopher Barrett Bowman | on behalf of Creditor 209 Madison Owner  LLC and WPI-Madison, LLC cbowman@milesstockbridge.com, kristy@bregmanlaw.com |
| Daniel M. Press | on behalf of Defendant Dena Jensen dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Janet M. Meiburger | trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com |

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaLa | Page 2 of 2 |
| Date Rcvd: Apr 18, 2025 | Form ID: pdford9 | Total Noticed: 1 |

Janet M. Meiburger
    on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Robert M. Marino
    on behalf of Plaintiff Janet M Meiburger rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
    on behalf of Attorney Robert M. Marino rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
    on behalf of Trustee Janet M. Meiburger rmmarino@rpb-law.com  rmmarino1@aol.com

Steven B. Ramsdell
    on behalf of Debtor Eric Jensen sramsdell@tbrclaw.com  asemerjian@tbrclaw.com

TOTAL: 10