IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JENSEN, ERIC ) | |
| ) | Case No. 23-10201-BFK |
| ) | Chapter 7 |
| Debtor ) | |
| ) | |

**TRUSTEE'S MOTION FOR ENTRY OF CONSENT ORDER RESOLVING CLAIM NO. 3 FILED ON BEHALF OF WPI–MADISON LLC AND CLAIM NO. 4 FILED ON BEHALF OF 209 MADISON OWNER LLC**

Janet M. Meiburger, the Trustee in the above-named case, by her undersigned counsel, hereby requests that the Court enter the Consent Order Resolving Claim No. 3 filed on Behalf of WPI–Madison LLC and Claim No. 4 filed on Behalf of 209 Madison Owner LLC (the "Consent Order"), a copy of which is attached hereto as Exhibit A. The Consent Order reflects the agreement of the parties regarding the treatment of Claim No. 3 and Claim No. 4. This treatment is consistent with the Trustee's analysis of the correct treatment of the claims and does not represent a compromise between the parties regarding the treatment of the claims. The Consent Order is also being submitted to the Court through the BOPS system.

WHEREFORE, Janet M. Meiburger, the Chapter 7 Trustee, respectfully requests that the Court enter the attached Consent Order Resolving Claim No. 3 filed on Behalf of WPI–Madison LLC and Claim No. 4 filed on Behalf of 209 Madison Owner LLC.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel for Chapter 7 Trustee

Dated: April 25, 2025

By: /s/ Janet M. Meiburger
Janet M. Meiburger, VSB No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA  22101
(703) 556-7871
Counsel for Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 25th day of April, 2025, a true and correct copy of the foregoing Trustee's Motion for Entry of Consent Order Resolving Claim No. 3 filed on Behalf of WPI–Madison LLC and Claim No. 4 filed on Behalf of 209 Madison Owner LLC will be served by ECF e-mail pursuant to the applicable Standing Order of the Court.

/s/ Janet M. Meiburger
Janet M. Meiburger

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JENSEN, ERIC ) | |
| ) | Case No. 23-10201-BFK |
| ) | Chapter 7 |
| Debtor ) | |
| ) | |

**CONSENT ORDER RESOLVING
CLAIM NO. 3 FILED ON BEHALF OF WPI–MADISON LLC AND
CLAIM NO. 4 FILED ON BEHALF OF 209 MADISON OWNER LLC**

Upon consideration of the Trustee's Motion for Entry of Consent Order Resolving Claim No. 3 filed on Behalf of WPI–Madison LLC and Claim No. 4 filed on Behalf of 209 Madison Owner LLC (Docket No. ___), and with the consent of the parties, as indicated by the signatures of their counsel below, it is hereby

ORDERED that Claim No. 3 filed on behalf of WPI-Madison LLC is disallowed as duplicative with Claim No. 4; and it is further

ORDERED that Claim No. 4 filed on behalf of 209 Madison Owner LLC is allowed as a general unsecured claim in the amount of $542,267.53, consisting of rent owed through October, 2022, plus $25,000.00 in attorneys' fees.

Date:_____         _____
                                                          U.S. Bankruptcy Judge


_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Counsel for the Chapter 7 Trustee

Entered on Docket:_____

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq. (VSB No. 31842)
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, Virginia 22101
Phone: (703) 556-7871
*Counsel for the Chapter 7 Trustee*

SEEN AND AGREED:

/s/ Christopher B. Bowman
Christopher B. Bowman, Esq. (VSB No. 67977)
Miles & Stockbridge P.C.
1751 Pinnacle Dr., Suite 1500
Tysons Corner, VA 22102
Phone: (703) 610-8620
*Counsel for 209 Madison Owner LLC and WPI-Madison LLC*

Local Rule 9022-1(C) Certification

I hereby certify that the foregoing [proposed] Consent Order Resolving Claim No. 3 filed on Behalf of WPI–Madison LLC and Claim No. 4 filed on Behalf of 209 Madison Owner LLC and has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger

4

**PARTIES TO RECEIVE COPIES BY MAIL:**

NONE

J:\Trustee\Jensen, Eric (23-10201)\Pleadings\Claim Nos. 3 and 4.Consent Motion.1.Order.1.docx