IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| IN RE:<br><br>JENSEN, ERIC<br><br>Debtor | )<br>)<br>)<br>)<br>)   Case No. 23-10201-BFK<br>)   Chapter 7<br>)<br>)<br>) |

**CONSENT ORDER RESOLVING
CLAIM NO. 3 FILED ON BEHALF OF WPI–MADISON LLC AND
CLAIM NO. 4 FILED ON BEHALF OF 209 MADISON OWNER LLC**

Upon consideration of the Trustee's Motion for Entry of Consent Order Resolving Claim No. 3 filed on Behalf of WPI–Madison LLC and Claim No. 4 filed on Behalf of 209 Madison Owner LLC (Docket No. 59), and with the consent of the parties, as indicated by the signatures of their counsel below, it is hereby

ORDERED that Claim No. 3 filed on behalf of WPI-Madison LLC is disallowed as duplicative with Claim No. 4; and it is further

ORDERED that Claim No. 4 filed on behalf of 209 Madison Owner LLC is allowed as a general unsecured claim in the amount of $542,267.53, consisting of rent owed through October, 2022, plus $25,000.00 in attorneys' fees.

Date: Apr 28 2025

/s/ Brian F Kenney
U.S. Bankruptcy Judge

Entered on Docket: Apr 29 2025

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Counsel for the Chapter 7 Trustee

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq. (VSB No. 31842)
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, Virginia 22101
Phone: (703) 556-7871
*Counsel for the Chapter 7 Trustee*

SEEN AND AGREED:

/s/ Christopher B. Bowman
Christopher B. Bowman, Esq. (VSB No. 67977)
Miles & Stockbridge P.C.
1751 Pinnacle Dr., Suite 1500
Tysons Corner, VA 22102
Phone: (703) 610-8620
*Counsel for 209 Madison Owner LLC and WPI-Madison LLC*

Local Rule 9022-1(C) Certification

I hereby certify that the foregoing [proposed] Consent Order Resolving Claim No. 3 filed on Behalf of WPI–Madison LLC and Claim No. 4 filed on Behalf of 209 Madison Owner LLC and has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL:**

NONE

J:\Trustee\Jensen, Eric (23-10201)\Pleadings\BOPS\23-10201-3.docx

4