IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____
                                    )
IN RE:                              )
                                    )
JENSEN, ERIC                        )
                                    )    Case No. 23-10201-BFK
                                    )    Chapter 7
        Debtor                      )
_____)

**CONSENT ORDER RESOLVING**
**CLAIM NO. 3 FILED ON BEHALF OF WPI–MADISON LLC AND**
**CLAIM NO. 4 FILED ON BEHALF OF 209 MADISON OWNER LLC**

Upon consideration of the Trustee's Motion for Entry of Consent Order Resolving Claim No. 3 filed on Behalf of WPI–Madison LLC and Claim No. 4 filed on Behalf of 209 Madison Owner LLC (Docket No. 59), and with the consent of the parties, as indicated by the signatures of their counsel below, it is hereby

ORDERED that Claim No. 3 filed on behalf of WPI-Madison LLC is disallowed as duplicative with Claim No. 4; and it is further

ORDERED that Claim No. 4 filed on behalf of 209 Madison Owner LLC is allowed as a general unsecured claim in the amount of $542,267.53, consisting of rent owed through October, 2022, plus $25,000.00 in attorneys' fees.

Date: Apr 28 2025               /s/ Brian F Kenney
                                _____
                                U.S. Bankruptcy Judge

                        Entered on Docket: Apr 29 2025
                                           _____

_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Counsel for the Chapter 7 Trustee

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq. (VSB No. 31842)
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, Virginia 22101
Phone: (703) 556-7871
*Counsel for the Chapter 7 Trustee*

SEEN AND AGREED:

/s/ Christopher B. Bowman
Christopher B. Bowman, Esq. (VSB No. 67977)
Miles & Stockbridge P.C.
1751 Pinnacle Dr., Suite 1500
Tysons Corner, VA 22102
Phone: (703) 610-8620
*Counsel for 209 Madison Owner LLC and WPI-Madison LLC*

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Consent Order Resolving Claim No. 3 filed on Behalf of WPI–Madison LLC and Claim No. 4 filed on Behalf of 209 Madison Owner LLC and has been endorsed by all necessary parties.

                                                     <u>/s/ Janet M. Meiburger</u>
                                                      Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL:**

NONE

J:\Trustee\Jensen, Eric (23-10201)\Pleadings\BOPS\23-10201-3.docx

United States Bankruptcy Court

Eastern District of Virginia

In re:  
Eric Jensen  
    Debtor

Case No. 23-10201-BFK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: LilianPal      Page 1 of 2  
Date Rcvd: Apr 29, 2025      Form ID: pdford2      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eric Jensen, 3228 Wynford Dr., Fairfax, VA 22031-2828 |
| cr | + | 209 Madison Owner, LLC and WPI-Madison, LLC, c/o Bregman, Berbert, Schwartz & Gilday,, 7315 Wisconsin Avenue, Suite 800 West, Bethesda, MD 20814-3202 |
| 16066073 | + | WPI-Madison, LLC, 18300 Von Karman Ave., Suite 880, Irvine, CA 92612-1043 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Benjamin P. Smith  
    on behalf of Creditor Benoit Castel bsmith@shulmanrogers.com  
    ctremper@shulmanrogers.com;kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com

Christopher Barrett Bowman  
    on behalf of Creditor 209 Madison Owner LLC and WPI-Madison, LLC cbowman@milesstockbridge.com, kristy@bregmanlaw.com

Daniel M. Press  
    on behalf of Defendant Dena Jensen dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Janet M. Meiburger  
    trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger

| | | |
|---|---|---|
| District/off: 0422-9 | User: LilianPal | Page 2 of 2 |
| Date Rcvd: Apr 29, 2025 | Form ID: pdford2 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Robert M. Marino | on behalf of Plaintiff Janet M Meiburger rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert M. Marino | on behalf of Attorney Robert M. Marino rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert M. Marino | on behalf of Trustee Janet M. Meiburger rmmarino@rpb-law.com  rmmarino1@aol.com |
| Steven B. Ramsdell | on behalf of Debtor Eric Jensen sramsdell@tbrclaw.com  asemerjian@tbrclaw.com |

TOTAL: 10