**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria DIVISION**

| | | |
|---|---|---|
| In re:  ERIC JENSEN | § | Case No. 23-10201-BFK |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/08/2023. The undersigned trustee was appointed on 02/09/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          87,414.95

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 12,514.31 |
| Bank service fees | 1,244.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 73,656.21 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/17/2023 and the deadline for filing governmental claims was 08/09/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,620.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $7,620.75, for a total compensation of $7,620.75[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $60.36 for total expenses of $60.36[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/02/2025                                            By: /s/ Janet M. Meiburger
                                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 23-10201-BFK | Trustee Name: | (660410) Janet M. Meiburger |
| --- | --- | --- | --- |
| Case Name: | ERIC JENSEN | Date Filed (f) or Converted (c): | 02/08/2023 (f) |
| | | § 341(a) Meeting Date: | 03/16/2023 |
| For Period Ending: | 05/02/2025 | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   3228 Wynford Dr., Fairfax, VA 22031-0000, Fairfax County | 850,000.00 | 0.00 | | 0.00 | FA |
| 2   2020 Kia Soul GT, 31,303 miles | 8,000.00 | 0.00 | | 0.00 | FA |
| 3   2011 Subaru Outback, 126,205 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 4   Miscellaneous household goods and furnishings<br><br>Including Dining room: dining table ($100), chair ($25), bookcase ($25), 2nd corner chair ($25), small yellow table ($25), dining chairs ($75); Living room: 2 chairs ($50), 2 couches ($500), 3 floor lamps ($25), coffee table ($20); Primary bedroom: king size bed ($400), 2 side tables ($50), settee ($50), free standing wardrobe ($75), dressing table ($50), 2 lamps ($25); Guest bedroom: queen size bed ($100), 2 side tables ($25), floor lamp ($10), 2 bedside lamps ($20); Office: chair ($100), desk ($50), worktable bookcase ($5); Son's bedroom: queen size bed ($100), chair & a half ($50); Kitchen: table ($25), 2 chairs ($50), church pew ($25), opera chairs ($25), hoosier ($100); Kitchen appliances: coffee maker ($5), toaster ($10), instant pot ($10), sandwich press ($5), knife sharpener ($5), microwave ($10), Roomba ($50), and electric kettle ($5) | 1,152.50 | 0.00 | | 0.00 | FA |
| 5   Downstairs Work Area<br><br>Metal cutting circular saw ($40), hand truck ($10), step ladder ($10), electric lawn mower ($25), various gardening tools ($50), power hedge trimmer ($25), electric chainsaw ($25), various hand tools ($75), wet dry vacuum ($20), corded wet dry vacuum ($20), welding fume exhaust ($25), various pneumatic tools ($75), electric lawn dethatcher ($25), rolling floor jack ($20), electric polisher ($15), drill press ($15), heat gun ($15), portable air conditioning unit ($50), power washer ($25), 2 bottle jacks ($25), heat gun ($15), corded variable speed polisher ($15), various electrical test tools ($40), riveter ($15), electric crimp connector ($15), RivNut tool ($15), VLP spray gun ($25), jack stands ($25), various hardware ($15), toolbox ($15), drywall cut out tool ($25), power drain clean out tool ($35), and portable ceiling jacks ($25) | 435.00 | 0.00 | | 0.00 | FA |
| 6   Workshop<br><br>Rockwell oscillating tool ($15), trim router ($25), belt sander ($20), cordless orbital sander ($15), corded orbital sander ($20), sheet sander ($15), track saw ($50), small circular saw ($20), jigsaw ($25), various pliers ($40), various tin snips ($40), various battery powered measurement tools ($35), socket set ($50), sharpening tools ($40), various 20 volt handheld power tools ($75), various taps and ties ($20), Skilsaw circular saw ($30), various screwdrivers ($20), various squares and rulers ($25), various precision measurement tools ($40), various drill bits ($15), various hammers ($10), various 12 volt handheld power tools ($75), various wrenches ($25), hammer drill ($25), rotary hammer ($35), pipe threader ($25), moto tool ($20), metal cutting chop saw ($35), power metal shear ($20), bench grinder ($20), bench grinder ($20), die grinder ($25), power miter saw ($50), various pneumatic nailers ($35), router table ($25), oscillating sander ($25), benchtop bandsaw for wood ($25), router ($25), 2 air filters ($50), compressor ($35), table saw ($500), dust collection unit ($35), Mig welder ($75), TIG welder ($75), plasma cutter ($35), drill press ($40), engine hoist ($50), thickness planer ($25), and electric leaf blower ($15) | 1,045.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| Case No.: | 23-10201-BFK | Trustee Name: | (660410) Janet M. Meiburger |
|---|---|---|---|
| Case Name: | ERIC JENSEN | Date Filed (f) or Converted (c): | 02/08/2023 (f) |
| | | § 341(a) Meeting Date: | 03/16/2023 |
| For Period Ending: | 05/02/2025 | Claims Bar Date: | 07/17/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 7 | Workshop continued<br><br>Gasoline powered leaf blower ($35), gasoline powered leaf vacuum ($35), gasoline power brush cutter ($35), bench top belt sander ($25), metal cutting band saw ($35), biscuit jointer ($25), cable winch puller ($15), various parallel jaw clamps ($50), pocket hole jig ($20), Tyvek stapler ($15), handheld power plane ($20), extendable ladder ($45), airless paint sprayer ($45), compressor motor ($40), compressor ($40), electric heater ($25), various angle grinders ($75), and various hand chisels ($25) | 302.50 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous books, photographs, pictures, CDs, and DVDs | 75.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous electronics<br><br>Including TV ($200), desktop computer ($75), 2 computer monitors ($100), laptop computer ($50), photo printer ($50), and laser printer ($25) | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Equipment for Sports and Hobbies<br><br>Camera and lenses ($200), miscellaneous photo accessories ($25), bicycle and stand ($125), 2 snowboards ($75), and snowboard boots ($15) | 220.00 | 0.00 | | 0.00 | FA |
| 11 | Miscellaneous men's clothing<br><br>Including suits, shirts, pants, shoes, socks, undergarments, coats, sweaters, ties, belts, and accessories | 250.00 | 0.00 | | 0.00 | FA |
| 12 | Wedding band | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Garmin Fenix 5 watch | 75.00 | 0.00 | | 0.00 | FA |
| 14 | 2 cats | 1.00 | 0.00 | | 0.00 | FA |
| 15 | Cash | 222.00 | 0.00 | | 0.00 | FA |
| 16 | 2 checking and 3 savings<br><br>Apple acct. #018-0000 ($7.08); acct. #018-0015 ($5.10); acct. #018-0017 ($221,080.09); acct. #500-0000 ($933.08); and acct. #500-0017 ($8,024.42) | 115,024.89 | 32,414.95 | | 32,414.95 | FA |
| 17 | Brokerage: Vanguard acct. #6826 | 9.22 | 0.00 | | 0.00 | FA |
| 18 | Savings: Emigrant Bank acct. #8024 | 45.23 | 0.00 | | 0.00 | FA |
| 19 | Savings: Capital One acct. #0654 | 0.07 | 0.00 | | 0.00 | FA |
| 20 | Shareholder interest in Nixon & Vanderhye P.C., 54% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 21 | Partnership interest in Young & Thompson and proportionate share of the assets thereof | 1.00 | 0.00 | | 0.00 | FA |
| 22 | 401 (k): Nixon & Vanderhye P.C. retirement acct. #3749 with Charles Schwab | 92,016.81 | 0.00 | | 0.00 | FA |
| 23 | 401 (k): Young & Thompson retirement acct. #2742 with Empower | 1,414,691.67 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

| Case No.: | 23-10201-BFK | Trustee Name: | (660410) Janet M. Meiburger |
| --- | --- | --- | --- |
| Case Name: | ERIC JENSEN | Date Filed (f) or Converted (c): | 02/08/2023 (f) |
| | | § 341(a) Meeting Date: | 03/16/2023 |
| For Period Ending: | 05/02/2025 | Claims Bar Date: | 07/17/2023 |

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 24 | Roth IRA: Retirement acct. #4133 with Morgan Stanley | 36,262.99 | 0.00 | | 0.00 | FA |
| 25 | Virginia Bar law license | 1.00 | 0.00 | | 0.00 | FA |
| 26 | Unknown potential tax refunds: Federal and State | Unknown | 0.00 | | 0.00 | FA |
| 27 | Accrued wages, earned but not yet paid | 207.21 | 0.00 | | 0.00 | FA |
| 28 | Potential contribution claims against co-debtors of Young & Thompson's creditors | Unknown | 0.00 | | 0.00 | FA |
| 29 | Fraudulent Transfer against Debtor's Wife (u) | 75,000.00 | 75,000.00 | | 55,000.00 | FA |
| **29** | **Assets Totals (Excluding unknown values)** | **$2,596,989.09** | **$107,414.95** | | **$87,414.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/7/2024 - Special counsel has been employed to pursue a fraudulent transfer claim against the Debtor's wife.
07/9/23 - The Trustee is investigating various assets of the Debtor and analyzing the issues relating to the Debtor's deposit of his paycheck into a joint bank account with his wife, thereby transferring half of every paycheck to her.

**Initial Projected Date Of Final Report (TFR):** 06/28/2024     **Current Projected Date Of Final Report (TFR):** 03/31/2025

UST Form 101-7-TFR (5/1/2011)

| Form 2 | | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| **Cash Receipts And Disbursements Record** | | | | | | Page: 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 23-10201-BFK | | Trustee Name: | | Janet M. Meiburger (660410) | |
| Case Name: | ERIC JENSEN | | Bank Name: | | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***2241 | | Account #: | | ******2629 Checking | |
| For Period Ending: | 05/02/2025 | | Blanket Bond (per case limit): | | $3,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/21/23 | {16} | ERIC JENSEN | Turnover of Nonexempt Portion of Funds in Debtor's Bank Account. | 1129-000 | 32,414.95 | | 32,414.95 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.12 | 32,402.83 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 57.12 | 32,345.71 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.84 | 32,293.87 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.30 | 32,245.57 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 56.85 | 32,188.72 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.86 | 32,138.86 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 54.94 | 32,083.92 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.42 | 32,032.50 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.62 | 31,982.88 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 56.24 | 31,926.64 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.32 | 31,877.32 |
| 03/20/24 | 101 | INSURANCE PARTNERS | 119437 | 2300-000 | | 16.10 | 31,861.22 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.24 | 31,811.98 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 54.23 | 31,757.75 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 52.45 | 31,705.30 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.29 | 31,658.01 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.65 | 31,602.36 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 50.51 | 31,551.85 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.74 | 31,503.11 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.39 | 31,447.72 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.91 | 31,400.81 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.20 | 31,345.61 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.90 | 31,293.71 |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.81 | 31,246.90 |
| 03/11/25 | 102 | INSURANCE PARTNERS | Bond-Renewal Policy #3792882 3/1/25-3/1/26; Acct #119437 | 2300-000 | | 16.45 | 31,230.45 |
| 03/14/25 | {29} | Dena Jensen | Settlement of Adv. Pro. 24-01055 Per Court Order (Docket No. 52) | 1241-000 | 55,000.00 | | 86,230.45 |

Page Subtotals:     $87,414.95     $1,184.50

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| | |   | | |
|---|---|---|---|---|
| **Case No.:** | 23-10201-BFK | **Trustee Name:** | Janet M. Meiburger (660410) | |
| **Case Name:** | ERIC JENSEN | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***2241 | **Account #:** | ******2629 Checking | |
| **For Period Ending:** | 05/02/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.48 | 86,137.97 |
| 04/18/25 | 103 | Redmon Peyton & Braswell, LLP | Attorney for Trustee Fee per Order entered 4/18/25 Doc 56 | 3210-000 | | 12,107.50 | 74,030.47 |
| 04/18/25 | 104 | Redmon Peyton & Braswell, LLP | Attorney for Trustee expenses per Order entered 5/18/25 Doc 56 | 3220-000 | | 374.26 | 73,656.21 |
| | | **COLUMN TOTALS** | | | 87,414.95 | 13,758.74 | $73,656.21 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 87,414.95 | 13,758.74 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$87,414.95** | **$13,758.74** | |

*{ } Asset Reference(s)*   UST Form 101-7-TFR (5/1/2011)   *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-10201-BFK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** | ERIC JENSEN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2241 | **Account #:** | ******2629 Checking |
| **For Period Ending:** | 05/02/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $87,414.95 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $87,414.95 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2629 Checking | $87,414.95 | $13,758.74 | $73,656.21 |
| | **$87,414.95** | **$13,758.74** | **$73,656.21** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 23-10201-BFK ERIC JENSEN

Claims Bar Date: 07/17/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3S | WPI-Madison, LLC<br>Christopher B. Bowman<br>1751 Pinnacle Drive, Suite 1500<br>Tysons Corner, VA 22102<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>07/17/23 | | $542,267.53<br>$0.00 | $0.00 | $0.00 |
| | DISALLOWED PER COURT ORDER AS DUPLICATIVE WITH CLAIM NO.4 (DOCKET NO. 60). | | | | | |
| ATTY FEE | The Meiburger Law Firm P.C.<br>1487 Chain Bridge Road, Suite 200<br>McLean, VA 22101<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>03/28/25 | | $3,675.00<br>$3,675.00 | $0.00 | $3,675.00 |
| | ATTORNEY FOR TRUSTEE EMPLOYED BY ORDER (DOCKET NO. 42) | | | | | |
| SC EXP | Redmon Peyton & Braswell, LLP<br>ATTN: Robert M. Marino, Esquire<br>510 King Street, Suite 301<br>Alexandria, VA 22314<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>03/28/25 | | $374.26<br>$374.26 | $374.26 | $0.00 |
| | SPECIAL COUNSEL FOR TRUSTEE EXPENSES PAID PER ORDER (DOCKET NO. 56) | | | | | |
| SC FEE | Redmon Peyton & Braswell, LLP<br>ATTN: Robert M. Marino, Esquire<br>510 King Street, Suite 301<br>Alexandria, VA 22314<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>03/28/25 | | $12,107.50<br>$12,107.50 | $12,107.50 | $0.00 |
| | SPECIAL COUNSEL FOR TRUSTEE FEES PAID PER ORDER (DOCKET NO. 56) | | | | | |
| TT EXP | Janet M. Meiburger<br>1487 Chain Bridge Rd, Ste 200<br>McLean, VA 22101<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>05/01/25 | | $60.36<br>$60.36 | $0.00 | $60.36 |
| TT FEE | Janet M. Meiburger<br>1487 Chain Bridge Rd, Ste 200<br>McLean, VA 22101<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>03/25/25 | | $7,620.75<br>$7,620.75 | $0.00 | $7,620.75 |

UST Form 101-7-TFR (5/1/2011)


Page: 2

# Exhibit C

## Analysis of Claims Register

### Case: 23-10201-BFK ERIC JENSEN

Claims Bar Date: 07/17/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Robert J Patch Trust<br>c/o Jeffrey S Patch, Trustee<br>388 Bridge Street, Apt 43F<br>Brooklyn, NY 11201<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>05/08/23 | | $437,290.28<br>$437,290.28 | $0.00 | $437,290.28 |
| 2 | Benoit Castel<br>4 Portofino Drive, E<br>Pensacola Beac, HI 32561<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/30/23 | | $729,085.39<br>$729,085.39 | $0.00 | $729,085.39 |
| 3U | WPI-Madison, LLC<br>Christopher B. Bowman<br>1751 Pinnacle Drive, Suite 1500<br>Tysons Corner, VA 22102<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>DISALLOWED PER COURT ORDER AS DUPLICATIVE WITH CLAIM NO. 4 (DOCKET NO. 60) | Unsecured<br>07/17/23 | | $1,429,828.77<br>$0.00 | $0.00 | $0.00 |
| 4U | 209 Madison Owner, LLC<br>Christopher B. Bowman<br>1741 Pinnacle Drive, Suite 1500<br>Tysons Corner, VA 22102<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>ALLOWED AS UNSECURED IN A REDUCED AMOUNT PER COURT ORDER (DOCKET NO. 60) | Unsecured<br>07/17/23 | | $1,972,096.30<br>$542,267.53 | $0.00 | $542,267.53 |

**Case Total:** $12,481.76   $1,719,999.31

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-10201-BFK
Case Name:  ERIC JENSEN
Trustee Name: Janet M. Meiburger

**Balance on hand:** $ 73,656.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | WPI-Madison, LLC | 542,267.53 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 73,656.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Janet M. Meiburger | 7,620.75 | 0.00 | 7,620.75 |
| Trustee, Expenses - Janet M. Meiburger | 60.36 | 0.00 | 60.36 |
| Attorney for Trustee Fees - The Meiburger Law Firm P.C. | 3,675.00 | 0.00 | 3,675.00 |
| Attorney for Trustee Fees (Other Firm) - Redmon Peyton & Braswell, LLP | 12,107.50 | 12,107.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Redmon Peyton & Braswell, LLP | 374.26 | 374.26 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 11,356.11
Remaining balance: $ 62,300.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 62,300.10

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 62,300.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,708,643.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Robert J Patch Trust | 437,290.28 | 0.00 | 15,944.36 |
| 2 | Benoit Castel | 729,085.39 | 0.00 | 26,583.72 |
| 3U | WPI-Madison, LLC | 0.00 | 0.00 | 0.00 |
| 4U | 209 Madison Owner, LLC | 542,267.53 | 0.00 | 19,772.02 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 62,300.10 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**