**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JENSEN, ERIC ) | Case No. 23-10201-BFK |
| ) | Chapter 7 |
| Debtor ) | |
| ) | |

**APPLICATION FOR COMPENSATION**
**FOR COUNSEL TO THE TRUSTEE**

Janet M. Meiburger, Chapter 7 Trustee, by her undersigned counsel, hereby files this

Application for Compensation for Counsel to the Trustee, and states as follows:

1.      On February 8, 2023, the Debtor filed a voluntary petition for relief pursuant to

Chapter 7 of the Bankruptcy Code (the "Petition Date"). The Trustee was appointed on February

9, 2023 (Docket No. 5).

2.      The Court entered an order on September 19, 2023 (Docket No. 42), pursuant to

which the Trustee was authorized to employ The Meiburger Law Firm, P.C. (the "Applicant") as

counsel to the Trustee and the bankruptcy estate.

3.      The Applicant makes this application for allowance of compensation for

professional services described below, from September, 2023 to April, 2025, in the total amount

of $3,675.00.

_____
Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Counsel for Chapter 7 Trustee

4.    All services for which compensation is requested were performed for and on behalf of the Trustee and for the benefit of the bankruptcy estate and not for any committee, creditor or other person.

5.    The total value of the services performed by the Applicant for the benefit of the Trustee and the estate during the period covered by this Application is as follows:

| Name | Position | Total Hours | Applicable Hourly Rate | Total Value of Services |
|---|---|---|---|---|
| Janet M. Meiburger (JMM) | Principal | 7.10 | $500.00 | $3,550.00 |
| Diana P. Dias (DPD) | Paralegal | 0.50 | $250.00 | $125.00 |
| TOTAL | | 7.60 | | $3,675.00 |

6.    The Applicant has provided services to the Trustee and the bankruptcy estate involving the following categories:

**Category A:  General Legal Services**

7.    The total value of the services performed by the Applicant for this matter during the period covered by this Application is as follows:

| Name | Position | Total Hours | Applicable Hourly Rate | Total Value of Services |
|---|---|---|---|---|
| Janet M. Meiburger (JMM) | Principal | 7.10 | $500.00 | $3,550.00 |
| Diana P. Dias (DPD) | Paralegal | 0.50 | $250.00 | $ 125.00 |
| TOTAL | | 7.60 | | $3,675.00 |

8.    The Applicant's legal services are described in the invoice attached hereto as Exhibit "A."

9.      The Applicant certifies that fees are not being sought for work that is the

responsibility of the Trustee. The Applicant further states that it has not shared or agreed to share

any such compensation in a manner contrary to the provisions of Section 504 of the Bankruptcy

Code.

WHEREFORE, Janet M. Meiburger, Chapter 7 Trustee, respectfully requests that the

Court enter an order approving the payment of $3,675.00 as compensation for services rendered

by The Meiburger Law Firm, P.C. from September, 2023 to April, 2025.


Respectfully submitted,
THE MEIBURGER LAW FIRM, P.C.

Dated: May 5, 2025                                By:  /s/ Janet M. Meiburger
Janet M. Meiburger, Esq. (VSB No. 31842)
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, Virginia 22101
(703) 556-7871
*Counsel to the Chapter 7 Trustee*

3

# EXHIBIT A

## *The Meiburger Law Firm, P.C.*
1493 Chain Bridge Road
Suite 201
McLean, VA 22101

Ph:(703) 556-9404          Fax:(703) 556-8609

Eric Jensen Bankruptcy Estate                                    April 30, 2025
c/c The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean , Virginia
22101

Inv #:          4334

**RE:**      General Legal

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-09-23 | Legal research regarding transfers to joint bank accounts. | 0.20 | 100.00 | JMM |
| Jan-19-24 | Legal research regarding landlord claim. | 0.30 | 150.00 | JMM |
| Apr-05-24 | Legal research regarding doctrine of merger into judgment re: lease claim. | 0.30 | 150.00 | JMM |
| Apr-10-24 | Legal research regarding doctrine of merger applied to judgments. | 0.50 | 125.00 | DPD |
| May-31-24 | Legal research regarding lease termination claim. | 0.20 | 100.00 | JMM |
| Jun-19-24 | Prepare email to Chris Bowman re: legal issues relating to landlord claim. | 0.40 | 200.00 | JMM |
| Jul-15-24 | Analyze legal issues relating to lease claims. | 0.50 | 250.00 | JMM |
| Aug-27-24 | Legal research regarding bank account ownership. | 0.40 | 200.00 | JMM |
| Dec-31-24 | Legal research regarding landlord claim. | 0.20 | 100.00 | JMM |
| Jan-03-25 | Analyze legal issues relating to adversary proceeding. | 1.50 | 750.00 | JMM |
| | Legal research regarding landlord claim issues. | 0.20 | 100.00 | JMM |

Invoice #:    4334    Page 2    April 30, 2025

| | | | | |
|---|---|---|---|---|
| Jan-06-25 | Legal research regarding landlord claim. | 1.40 | 700.00 | JMM |
| Feb-10-25 | Review draft settlement agreement and approval motion. | 0.30 | 150.00 | JMM |
| Apr-24-25 | Prepare motion and consent order regarding landlord claims. | 0.70 | 350.00 | JMM |
| Apr-25-25 | Revise and edit and finalize claim motion and order. | 0.50 | 250.00 | JMM |
| | Totals | 7.60 | $3,675.00 | |

**Total Fee & Disbursements**                                 **$3,675.00**

**Balance Now Due**                                           **$3,675.00**

**FEE SUMMARY**

| Lawyer/Paralegal | Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Janet M. Meiburger** | **7.10** | **$500.00** | **$3,550.00** |
| **Diana P. Dias** | **0.50** | **$250.00** | **$125.00** |