**CERTIFICATE OF SERVICE**

    I HEREBY certify that on this 5th day of June, 2025, a true and correct copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) will be served by ECF e-mail pursuant to the applicable Standing Order of the Court, and by first class mail, postage prepaid (without this certificate of service) by BK Attorney Services, LLC d/b/a certificateofservice.com to the attached list.

                                                /s/ Janet M. Meiburger
                                                Janet M. Meiburger

```
Label Matrix for local noticing          209 Madison Owner, LLC and WPI-Madison LLC    Benoit Castel
0422-1                                   c/o Bregman, Berbert, Schwartz & Gilday,      c/o Benjamin P. Smith, Esq.
Case 23-10201-BFK                        7315 Wisconsin Avenue                         Shulman Rogers Gandal Pordy & Ecker
Eastern District of Virginia             Suite 800 West                                12505 Park Potomac Ave
Alexandria                               Bethesda, MD 20814-3202                       Sixth Floor
Wed Jun  4 17:23:56 EDT 2025                                                           POTOMAC, MD 20854-6801

The Meiburger Law Firm PC                United States Bankruptcy Court                209 Madison Owner, LLC
1487 Chain Bridge Road                   200 South Washington Street                   c/o Joss Realty
Suite 200                                Alexandria, VA 22314-5405                     1345 Ave of Americas, 31 Fl.
McLean, VA 22101-5723                                                                  New York, NY 10105-0000


209 Madison Owner, LLC                   Andrew J. Patch                               Benjamin P. Smith, Esquire
c/o Joss Realty Partners                 12701 Maryvale Ct.                            Shulman, Rogers, Gandal, Pordy &
650 Fifth Ave., Suite 2400               Ellicott City, MD 21042-1269                  Ecker,PA
New York, NY 10019-6108                                                                12505 Park Potomac Avenue, Sixth Floor
                                                                                       Potomac, Maryland 20854-6802


Benoit Castel                            Christopher B. Bowman, Esq.                   Craig B. Leavers, Trustee
3 Portofino Dr., Suite 902               Bregman, Berbert et al.                       P.O. Box 306
Gulf Breeze, FL 32561-2496               7315 Wisconsin Ave. , 800 West                Cockeysville, MD 21030-0306
                                         Bethesda, MD 20814-3202


Douglas V. Rigler                        Estate of Robert J. Patch                     Home Point Financial Corp.
5008 River Hill Rd.                      c/o Jeffrey S. Patch                          P.O. Box 100077
Bethesda, MD 20816-2239                  306 Gold St., Apt. 14H                        Duluth, GA 30096-9377
                                         Brooklyn, NY 11201-3028


Internal Revenue Service                 Joseph Cooleen, Esq.                          Pamela T. Patch
P.O. Box 7346                            Baskin, Jackson & Lasso, PC                   802 Rexford Way
Philadelphia, PA 19101-7346              301 Park Ave.                                 Upper Marlboro, MD 20774-8442
                                         Falls Church, VA 22046-3399


Robert J Patch Trust                     Robert J Patch Trust                          Robert J. Patch Trust
c/o Jeffrey S Patch                      c/o Jeffrey S Patch, Trustee                  3333 University Blvd. W
306 Gold Street, Apt 14H                 388 Bridge Street                             Apt. #809
Brooklyn, NY 11201-3028                  Apt 43F                                       Kensington, MD 20895-1837
                                         Brooklyn, NY 11201-5375


Roland E. Long, Jr.                      Virginia Department of Taxation               WPI-Madison, LLC
6215 Ballsford Dr.                       P.O. Box 2156                                 18300 Von Karman Ave.
Fairfax Station, VA 22039-1333           Richmond, VA 23218-2156                       Suite 880
                                                                                       Irvine, CA 92612-1043


William B. Schroeder, Esq.               Eric Jensen                                   Janet M. Meiburger
Shulman Rogers                           3228 Wynford Dr.                              Janet M. Meiburger, Trustee
12505 Park Potomac Ave, 6th Fl           Fairfax, VA 22031-2828                        The Meiburger Law Firm, P.C.
Potomac, MD 20854-6803                                                                 1487 Chain Bridge Rd., Ste 200
                                                                                       McLean, VA 22101-5723


Matthew W. Cheney                        Robert J Patch                                Robert M. Marino
Office of the U.S. Trustee - Region 4    C/O Jeffrey S Patch, Trustee                  Redmon Peyton & Braswell, LLP
1725 Duke Street                         388 Bridge Street                             510 King Street
Suite 650                                Apt 43F                                       Suite 301
Alexandria, VA 22314-3489                Brooklyn, NY 11201-5375                       Alexandria, VA 22314-3184
```

**Steven B. Ramsdell**
**Tyler, Bartl & Ramsdell, P.L.C.**
**300 N. Washington St., Suite 310**
**Alexandria, VA 22314-2530**

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

**(u)United States Trustee**

                **End of Label Matrix**
                **Mailable recipients   30**
                **Bypassed recipients    1**
                **Total                 31**