**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **JENSEN, ERIC** | : | Case No. **23-10201-BFK** |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | |

**ORDER PURSUANT TO NOTICE OF TRUSTEE'S
FINAL REPORT AND APPLICATIONS FOR
COMPENSATION AND DEADLINE TO OBJECT (NFR)**

The Trustee having filed her final report and account, and an opportunity for hearing having been given to all creditors and other parties in interest, and the Court having thereafter duly examined and considered all applications for compensation and reimbursement of expenses; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §330(a), 503(b)(2) or 503(b)(4), as follows:

| **APPLICANTS** | **COMMISSIONS/FEES** | **EXPENSES** |
|---|---|---|
| Janet M. Meiburger<br>Trustee | $7,620.75 | 60.36 |
| The Meiburger Law Firm P.C.<br>Attorney for Trustee | $3,675.00 | 0.00 |

It is further **ORDERED** that the balance of funds in the Trustee's possession is to be paid in accordance with the Final Report and Account.

DATED: Jul 1 2025

/s/ Brian F Kenney
Kenney, Brian F.
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Janet M. Meiburger
The Meiburger Law Firm, P.C.
1487 Chain Bridge Rd, Ste 200
McLean, VA 22101
(703) 556-7871

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Jul 1 2025

SEEN AND NO OBJECTION:

/s/ Jack I. Frankel
Jack I. Frankel, Esq.
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314
(703) 557-7176

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Order Pursuant to Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) has been endorsed by all necessary parties.

        /s/ Janet M. Meiburger
        Janet M. Meiburger, Trustee

**PARTIES TO RECEIVE COPIES BY MAIL:**

    NONE.