**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| In re: | : |  |
|---|---|---|
|  | : |  |
| **JENSEN, ERIC** | : | **Case No. 23-10201-BFK** |
|  | : | Chapter 7 |
|  | : |  |
| Debtor. | : |  |

**ORDER PURSUANT TO NOTICE OF TRUSTEE'S
FINAL REPORT AND APPLICATIONS FOR
COMPENSATION AND DEADLINE TO OBJECT (NFR)**

The Trustee having filed her final report and account, and an opportunity for hearing having been given to all creditors and other parties in interest, and the Court having thereafter duly examined and considered all applications for compensation and reimbursement of expenses; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Janet M. Meiburger<br>Trustee | $7,620.75 | 60.36 |
| The Meiburger Law Firm P.C.<br>Attorney for Trustee | $3,675.00 | 0.00 |

It is further **ORDERED** that the balance of funds in the Trustee's possession is to be paid in accordance with the Final Report and Account.

DATED: Jul 1 2025

/s/ Brian F Kenney
Kenney, Brian F.
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Janet M. Meiburger
The Meiburger Law Firm, P.C.
1487 Chain Bridge Rd, Ste 200
McLean, VA 22101
(703) 556-7871

**NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:** Jul 1 2025

SEEN AND NO OBJECTION:

/s/ Jack I. Frankel  
Jack I. Frankel, Esq.  
Office of the U.S. Trustee  
1725 Duke Street, Suite 650  
Alexandria, VA  22314  
(703) 557-7176

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Order Pursuant to Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger, Trustee

**PARTIES TO RECEIVE COPIES BY MAIL:**

NONE.

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10201-BFK |
| Eric Jensen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: RenierJes | Page 1 of 2 |
| Date Rcvd: Jul 01, 2025 | Form ID: pdford9 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eric Jensen, 3228 Wynford Dr., Fairfax, VA 22031-2828 |
| aty | + | Robert M. Marino, Redmon Peyton & Braswell, LLP, 510 King Street, Suite 301, Alexandria, VA 22314 UNITED STATES OF AMERICA 22314-3184 |
| aty | + | The Meiburger Law Firm PC, 1487 Chain Bridge Road, Suite 200, McLean, VA 22101-5723 |
| cr | + | 209 Madison Owner, LLC and WPI-Madison, LLC, c/o Bregman, Berbert, Schwartz & Gilday,, 7315 Wisconsin Avenue, Suite 800 West, Bethesda, MD 20814-3202 |
| cr | + | Benoit Castel, c/o Benjamin P. Smith, Esq., Shulman Rogers Gandal Pordy & Ecker, 12505 Park Potomac Ave, Sixth Floor POTOMAC, MD 20854-6801 |
| cr | + | Robert J Patch, C/O Jeffrey S Patch, Trustee, 388 Bridge Street, Apt 43F, Brooklyn, NY 11201-5375 |
| 16066060 | + | 209 Madison Owner, LLC, c/o Joss Realty Partners, 650 Fifth Ave., Suite 2400, New York, NY 10019-6108 |
| 16066059 | | 209 Madison Owner, LLC, c/o Joss Realty, 1345 Ave of Americas, 31 Fl., New York, NY 10105-0000 |
| 16164727 | + | Benjamin P. Smith, Esquire, Shulman, Rogers, Gandal, Pordy &, Ecker,PA, 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854-6802 |
| 16066062 | + | Benoit Castel, 3 Portofino Dr., Suite 902, Gulf Breeze, FL 32561-2496 |
| 16066063 | + | Christopher B. Bowman, Esq., Bregman, Berbert et al., 7315 Wisconsin Ave. , 800 West, Bethesda, MD 20814-3202 |
| 16066065 | + | Douglas V. Rigler, 5008 River Hill Rd., Bethesda, MD 20816-2239 |
| 16066067 | + | Home Point Financial Corp., P.O. Box 100077, Duluth, GA 30096-9377 |
| 16066068 | + | Joseph Cooleen, Esq., Baskin, Jackson & Lasso, PC, 301 Park Ave., Falls Church, VA 22046-3399 |
| 16066069 | + | Pamela T. Patch, 802 Rexford Way, Upper Marlboro, MD 20774-8442 |
| 16226672 | + | Robert J Patch Trust, c/o Jeffrey S Patch, Trustee, 388 Bridge Street, Apt 43F, Brooklyn, NY 11201-5375 |
| 16066070 | + | Robert J. Patch Trust, 3333 University Blvd. W, Apt. #809, Kensington, MD 20895-1837 |
| 16066071 | + | Roland E. Long, Jr., 6215 Ballsford Dr., Fairfax Station, VA 22039-1333 |
| 16066073 | + | WPI-Madison, LLC, 18300 Von Karman Ave., Suite 880, Irvine, CA 92612-1043 |
| 16066072 | + | William B. Schroeder, Esq., Shulman Rogers, 12505 Park Potomac Ave, 6th Fl, Potomac, MD 20854-6803 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jul 02 2025 01:50:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 16066064 | + | Email/Text: craig@leaverslaw.com | Jul 02 2025 01:48:00 | Craig B. Leavers, Trustee, P.O. Box 306, Cockeysville, MD 21030-0306 |
| 16701818 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2025 01:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16701819 | | Email/Text: va_tax_bk@harriscollect.com | Jul 02 2025 01:51:00 | Virginia Department of Taxation, P.O. Box 2156, Richmond, VA 23218-2156 |

TOTAL: 4

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0422-9 | User: RenierJes | Page 2 of 2 |
| Date Rcvd: Jul 01, 2025 | Form ID: pdford9 | Total Noticed: 24 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16066061 | ##+ | Andrew J. Patch, 12701 Maryvale Ct., Ellicott City, MD 21042-1269 |
| 16066066 | ##+ | Estate of Robert J. Patch, c/o Jeffrey S. Patch, 306 Gold St., Apt. 14H, Brooklyn, NY 11201-3028 |
| 16137676 | ##+ | Robert J Patch Trust, c/o Jeffrey S Patch, 306 Gold Street, Apt 14H, Brooklyn, NY 11201-3028 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Creditor Benoit Castel bsmith@shulmanrogers.com ctremper@shulmanrogers.com;kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com |
| Christopher Barrett Bowman | on behalf of Creditor 209 Madison Owner LLC and WPI-Madison, LLC cbowman@milesstockbridge.com, kristy@bregmanlaw.com |
| Daniel M. Press | on behalf of Defendant Dena Jensen dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Janet M. Meiburger | trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Robert M. Marino | on behalf of Attorney Robert M. Marino rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Trustee Janet M. Meiburger rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Plaintiff Janet M Meiburger rmmarino@rpb-law.com rmmarino1@aol.com |
| Steven B. Ramsdell | on behalf of Debtor Eric Jensen sramsdell@tbrclaw.com asemerjian@tbrclaw.com |
| United States Trustee | USTPRegion04.NO.ECF@usdoj.gov ustpregion04.ax.ecf@usdoj.gov;USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 11