**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria DIVISION**

In re: ERIC JENSEN                              § Case No. 23-10201-BFK
                                                §
                                                §
                                                §
                     Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Janet M. Meiburger, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,406,964.20 | Assets Exempt: | $2,489,576.14 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $62,300.10 | Claims Discharged Without Payment: | $1,646,343.10 |
| Total Expenses of Administration: | $25,114.85 | | |

    3) Total gross receipts of $87,414.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $87,414.95 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $518,174.68 | $542,267.53 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $25,114.85 | $25,114.85 | $25,114.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,079,422.45 | $4,568,300.74 | $1,708,643.20 | $62,300.10 |
| **TOTAL DISBURSEMENTS** | $3,597,597.13 | $5,135,683.12 | $1,733,758.05 | $87,414.95 |

4) This case was originally filed under chapter 7 on 02/08/2023. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2025           By: /s/ Janet M. Meiburger
                                             Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 checking and 3 savings | 1129-000 | $32,414.95 |
| Fraudulent Transfer against Debtor's Wife | 1241-000 | $55,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$87,414.95** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | WPI-Madison, LLC | 4110-000 | $0.00 | $542,267.53 | $0.00 | $0.00 |
| N/F | Home Point Financial Corp. | 4110-000 | $518,174.68 | NA | NA | NA |
| | **TOTAL SECURED** | | **$518,174.68** | **$542,267.53** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Janet M. Meiburger | 2100-000 | NA | $7,620.75 | $7,620.75 | $7,620.75 |
| Trustee, Expenses - Janet M. Meiburger | 2200-000 | NA | $60.36 | $60.36 | $60.36 |
| Attorney for Trustee Fees - The Meiburger Law Firm P.C. | 3110-000 | NA | $3,675.00 | $3,675.00 | $3,675.00 |
| Bond Payments - BOND | 2300-000 | NA | $32.55 | $32.55 | $32.55 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $1,244.43 | $1,244.43 | $1,244.43 |
| Attorney for Trustee Fees (Other Firm) - Redmon Peyton & Braswell, LLP | 3210-000 | NA | $12,107.50 | $12,107.50 | $12,107.50 |
| Attorney for Trustee Expenses (Other Firm) - Redmon Peyton & Braswell, LLP | 3220-000 | NA | $374.26 | $374.26 | $374.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$25,114.85** | **$25,114.85** | **$25,114.85** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Robert J Patch Trust | 7100-000 | $437,290.28 | $437,290.28 | $437,290.28 | $15,944.36 |
| 2 | Benoit Castel | 7100-000 | $722,207.64 | $729,085.39 | $729,085.39 | $26,583.72 |
| 3U | WPI-Madison, LLC | 7100-000 | $0.00 | $1,429,828.77 | $0.00 | $0.00 |
| 4U | 209 Madison Owner, LLC | 7100-000 | $1,919,924.53 | $1,972,096.30 | $542,267.53 | $19,772.02 |
| N/F | Joseph Cooleen, Esq. | 7100-000 | NA | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$3,079,422.45** | **$4,568,300.74** | **$1,708,643.20** | **$62,300.10** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 23-10201-BFK | Trustee Name: | (660410) Janet M. Meiburger |
|---|---|---|---|
| Case Name: | ERIC JENSEN | Date Filed (f) or Converted (c): | 02/08/2023 (f) |
| | | § 341(a) Meeting Date: | 03/16/2023 |
| For Period Ending: | 08/04/2025 | Claims Bar Date: | 07/17/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3228 Wynford Dr., Fairfax, VA 22031-0000, Fairfax County | 850,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2020 Kia Soul GT, 31,303 miles | 8,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2011 Subaru Outback, 126,205 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous household goods and furnishings<br><br>Including Dining room: dining table ($100), chair ($25), bookcase ($25), 2nd corner chair ($25), small yellow table ($25), dining chairs ($75); Living room: 2 chairs ($50), 2 couches ($500), 3 floor lamps ($25), coffee table ($20); Primary bedroom: king size bed ($400), 2 side tables ($50), settee ($50), free standing wardrobe ($75), dressing table ($50), 2 lamps ($25); Guest bedroom: queen size bed ($100), 2 side tables ($25), floor lamp ($10), 2 bedside lamps ($20); Office: chair ($100), desk ($50), worktable bookcase ($5); Son's bedroom: queen size bed ($100), chair & a half ($50); Kitchen: table ($25), 2 chairs ($50), church pew ($25), opera chairs ($25), hoosier ($100); Kitchen applances: coffee maker ($5), toaster ($10), instant pot ($10), sandwich press ($5), knife sharpener ($5), microwave ($10), Roomba ($50), and electric kettle ($5) | 1,152.50 | 0.00 | | 0.00 | FA |
| 5 | Downstairs Work Area<br><br>Metal cutting circular saw ($40), hand truck ($10), step ladder ($10), electric lawn mower ($25), various gardening tools ($50), power hedge trimmer ($25), electric chainsaw ($25), various hand tools ($75), wet dry vacuum ($20), corded wet dry vacuum ($20), welding fume exhaust ($25), various pneumatic tools ($75), electric lawn dethatcher ($25), rolling floor jack ($20), electric polisher ($15), drill press ($15), heat gun ($15), portable air conditioning unit ($50), power washer ($25), 2 bottle jacks ($25), heat gun ($15), corded variable speed polisher ($15), various electrical test tools ($40), riveter ($15), electric crimp connector ($15), RivNut tool ($15), VLP spray gun ($25), jack stands ($25), various hardware ($15), toolbox ($15), drywall cut out tool ($25), power drain clean out tool ($35), and portable ceiling jacks ($25) | 435.00 | 0.00 | | 0.00 | FA |
| 6 | Workshop<br><br>Rockwell oscillating tool ($15), trim router ($25), belt sander ($20), cordless orbital sander ($15), corded orbital sander ($20), sheet sander ($15), track saw ($50), small circular saw ($20), jigsaw ($25), various pliers ($40), various tin snips ($40), various battery powered measurement tools ($35), socket set ($50), sharpening tools ($40), various 20 volt handheld power tools ($75), various taps and ties ($20), Skilsaw circular saw ($30), various screwdrivers ($20), various squares and rulers ($25), various precision measurement tools ($40), various drill bits ($15), various hammers ($10), various 12 volt handheld power tools ($75), various wrenches ($25), hammer drill ($25), rotary hammer ($35), pipe threader ($25), moto tool ($20), metal cutting chop saw ($35), power metal shear ($20), bench grinder ($20), bench grinder ($20), die grinder ($25), power miter saw ($50), various pneumatic nailers ($35), router table ($25), oscillating sander ($25), benchtop bandsaw for wood ($25), router ($25), 2 air filters ($50), compressor ($35), table saw ($500), dust collection unit ($35), Mig welder ($75), TIG welder ($75), plasma cutter ($35), drill press ($40), engine hoist ($50), thickness planer ($25), and electric leaf blower ($15) | 1,045.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 23-10201-BFK | Trustee Name: | (660410) Janet M. Meiburger |
|---|---|---|---|
| Case Name: | ERIC JENSEN | Date Filed (f) or Converted (c): | 02/08/2023 (f) |
| | | § 341(a) Meeting Date: | 03/16/2023 |
| For Period Ending: | 08/04/2025 | Claims Bar Date: | 07/17/2023 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 7 | Workshop continued | 302.50 | 0.00 | | 0.00 | FA |
| | Gasoline powered leaf blower ($35), gasoline powered leaf vacuum ($35), gasoline power brush cutter ($35), bench top belt sander ($25), metal cutting band saw ($35), biscuit jointer ($25), cable winch puller ($15), various parallel jaw clamps ($50), pocket hole jig ($20), Tyvek stapler ($15), handheld power plane ($20), extendable ladder ($45), airless paint sprayer ($45), compressor motor ($40), compressor ($40), electric heater ($25), various angle grinders ($75), and various hand chisels ($25) | | | | | |
| 8 | Miscellaneous books, photographs, pictures, CDs, and DVDs | 75.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous electronics | 250.00 | 0.00 | | 0.00 | FA |
| | Including TV ($200), desktop computer ($75), 2 computer monitors ($100), laptop computer ($50), photo printer ($50), and laser printer ($25) | | | | | |
| 10 | Equipment for Sports and Hobbies | 220.00 | 0.00 | | 0.00 | FA |
| | Camera and lenses ($200), miscellaneous photo accessories ($25), bicycle and stand ($125), 2 snowboards ($75), and snowboard boots ($15) | | | | | |
| 11 | Miscellaneous men's clothing | 250.00 | 0.00 | | 0.00 | FA |
| | Including suits, shirts, pants, shoes, socks, undergarments, coats, sweaters, ties, belts, and accessories | | | | | |
| 12 | Wedding band | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Garmin Fenix 5 watch | 75.00 | 0.00 | | 0.00 | FA |
| 14 | 2 cats | 1.00 | 0.00 | | 0.00 | FA |
| 15 | Cash | 222.00 | 0.00 | | 0.00 | FA |
| 16 | 2 checking and 3 savings | 115,024.89 | 32,414.95 | | 32,414.95 | FA |
| | Apple acct. #018-0000 ($7.08); acct. #018-0015 ($5.10); acct. #018-0017 ($221,080.09); acct. #500-0000 ($933.08); and acct. #500-0017 ($8,024.42) | | | | | |
| 17 | Brokerage: Vanguard acct. #6826 | 9.22 | 0.00 | | 0.00 | FA |
| 18 | Savings: Emigrant Bank acct. #8024 | 45.23 | 0.00 | | 0.00 | FA |
| 19 | Savings: Capital One acct. #0654 | 0.07 | 0.00 | | 0.00 | FA |
| 20 | Shareholder interest in Nixon & Vanderhye P.C., 54% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 21 | Partnership interest in Young & Thompson and proportionate share of the assets thereof | 1.00 | 0.00 | | 0.00 | FA |
| 22 | 401 (k): Nixon & Vanderhye P.C. retirement acct. #3749 with Charles Schwab | 92,016.81 | 0.00 | | 0.00 | FA |
| 23 | 401 (k): Young & Thompson retirement acct. #2742 with Empower | 1,414,691.67 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

Case No.: 23-10201-BFK
Case Name: ERIC JENSEN
For Period Ending: 08/04/2025

Trustee Name: (660410) Janet M. Meiburger
Date Filed (f) or Converted (c): 02/08/2023 (f)
§ 341(a) Meeting Date: 03/16/2023
Claims Bar Date: 07/17/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Roth IRA: Retirement acct. #4133 with Morgan Stanley | 36,262.99 | 0.00 | | 0.00 | FA |
| 25 | Virginia Bar law license | 1.00 | 0.00 | | 0.00 | FA |
| 26 | Unknown potential tax refunds: Federal and State | Unknown | 0.00 | | 0.00 | FA |
| 27 | Accrued wages, earned but not yet paid | 207.21 | 0.00 | | 0.00 | FA |
| 28 | Potential contribution claims against co-debtors of Young & Thompson's creditors | Unknown | 0.00 | | 0.00 | FA |
| 29 | Fraudulent Transfer against Debtor's Wife (u) | 75,000.00 | 75,000.00 | | 55,000.00 | FA |
| **29** | **Assets Totals (Excluding unknown values)** | **$2,596,989.09** | **$107,414.95** | | **$87,414.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/7/2024 - Special counsel has been employed to pursue a fraudulent transfer claim against the Debtor's wife.
07/9/23 - The Trustee is investigating various assets of the Debtor and analyzing the issues relating to the Debtor's deposit of his paycheck into a joint bank account with his wife, thereby transferring half of every paycheck to her.

**Initial Projected Date Of Final Report (TFR):** 06/28/2024  **Current Projected Date Of Final Report (TFR):** 05/02/2025 (Actual)

| Form 2 | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| **Cash Receipts And Disbursements Record** | | | | | | Page: 1 |

| Case No.: | 23-10201-BFK | Trustee Name: | Janet M. Meiburger (660410) |
|---|---|---|---|
| Case Name: | ERIC JENSEN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2241 | Account #: | ******2629 Checking |
| For Period Ending: | 08/04/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/21/23 | {16} | ERIC JENSEN | Turnover of Nonexempt Portion of Funds in Debtor's Bank Account. | 1129-000 | 32,414.95 | | 32,414.95 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.12 | 32,402.83 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 57.12 | 32,345.71 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.84 | 32,293.87 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.30 | 32,245.57 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 56.85 | 32,188.72 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.86 | 32,138.86 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 54.94 | 32,083.92 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.42 | 32,032.50 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.62 | 31,982.88 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 56.24 | 31,926.64 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.32 | 31,877.32 |
| 03/20/24 | 101 | INSURANCE PARTNERS | 119437 | 2300-000 | | 16.10 | 31,861.22 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.24 | 31,811.98 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 54.23 | 31,757.75 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 52.45 | 31,705.30 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.29 | 31,658.01 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.65 | 31,602.36 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 50.51 | 31,551.85 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.74 | 31,503.11 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.39 | 31,447.72 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.91 | 31,400.81 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.20 | 31,345.61 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.90 | 31,293.71 |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.81 | 31,246.90 |
| 03/11/25 | 102 | INSURANCE PARTNERS | Bond-Renewal Policy #3792882 3/1/25-3/1/26; Acct #119437 | 2300-000 | | 16.45 | 31,230.45 |
| 03/14/25 | {29} | Dena Jensen | Settlement of Adv. Pro. 24-01055 Per Court Order (Docket No. 52) | 1241-000 | 55,000.00 | | 86,230.45 |

Page Subtotals:    $87,414.95    $1,184.50

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | | |
|---|---|---|
| **Case No.:** 23-10201-BFK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** ERIC JENSEN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***2241 | **Account #:** | ******2629 Checking |
| **For Period Ending:** 08/04/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.48 | 86,137.97 |
| 04/18/25 | 103 | Redmon Peyton & Braswell, LLP | Attorney for Trustee Fee per Order entered 4/18/25 Doc 56 | 3210-000 | | 12,107.50 | 74,030.47 |
| 04/18/25 | 104 | Redmon Peyton & Braswell, LLP | Attorney for Trustee expenses per Order entered 5/18/25 Doc 56 | 3220-000 | | 374.26 | 73,656.21 |
| 07/02/25 | 105 | The Meiburger Law Firm P.C. | Dividend paid at 100.00% of $3,675.00; Claim # ATTY FEE; Filed: $3,675.00 | 3110-000 | | 3,675.00 | 69,981.21 |
| 07/02/25 | 106 | Janet M. Meiburger | Dividend paid at 100.00% of $60.36; Claim # TT EXP; Filed: $60.36 | 2200-000 | | 60.36 | 69,920.85 |
| 07/02/25 | 107 | Janet M. Meiburger | Dividend paid at 100.00% of $7,620.75; Claim # TT FEE; Filed: $7,620.75 | 2100-000 | | 7,620.75 | 62,300.10 |
| 07/02/25 | 108 | Robert J Patch Trust | Dividend paid at 3.65% of $437,290.28; Claim # 1; Filed: $437,290.28 | 7100-000 | | 15,944.36 | 46,355.74 |
| 07/02/25 | 109 | Benoit Castel | Dividend paid at 3.65% of $729,085.39; Claim # 2; Filed: $729,085.39 | 7100-000 | | 26,583.72 | 19,772.02 |
| 07/02/25 | 110 | 209 Madison Owner, LLC | Dividend paid at 3.65% of $542,267.53; Claim # 4U; Filed: $1,972,096.30 | 7100-000 | | 19,772.02 | 0.00 |
| | | **COLUMN TOTALS** | | | 87,414.95 | 87,414.95 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 87,414.95 | 87,414.95 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $87,414.95 | $87,414.95 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-10201-BFK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** | ERIC JENSEN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2241 | **Account #:** | ******2629 Checking |
| **For Period Ending:** 08/04/2025 | | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|   |   |
|---|---|
| Net Receipts: | $87,414.95 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $87,414.95 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2629 Checking | $87,414.95 | $87,414.95 | $0.00 |
| | **$87,414.95** | **$87,414.95** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)