UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re:  Eric Jensen

DEBTOR NAME(S)                                                  Case No.   23-10201-BFK

                Debtor.

_____

ORDER DISCHARGING TRUSTEE AND CLOSING CASE
_____

    It appearing to the Court that Janet M. Meiburger, Trustee, has reduced the property and effects of the estate to cash; that the Trustee has made distribution thereof and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate; and upon Application of the said Trustee, and the review by the United States Trustee, and it further appearing to the Court that nothing further remains to be done in this matter

    It is ORDERED that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged and relieved of the trust.

CHARRI S. STEWART
CLERK OF COURT

Date:  August 20, 2025                                        By: /s/ Lilian Palacios
                                                                                                        Deputy Clerk

NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET:
August 20, 2025

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 23-10201-BFK
Eric Jensen  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: LilianPal      Page 1 of 2
Date Rcvd: Aug 20, 2025      Form ID: pdford5      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Eric Jensen, 3228 Wynford Dr., Fairfax, VA 22031-2828 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Creditor Benoit Castel bsmith@shulmanrogers.com rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com;vdeguzman@shulmanrogers.com |
| Christopher Barrett Bowman | on behalf of Creditor 209 Madison Owner LLC and WPI-Madison, LLC cbowman@milesstockbridge.com, kristy@bregmanlaw.com |
| Daniel M. Press | on behalf of Defendant Dena Jensen dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Janet M. Meiburger | trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Robert M. Marino | on behalf of Plaintiff Janet M Meiburger rmmarino@rpb-law.com rmmarino1@aol.com |

Robert M. Marino
    on behalf of Attorney Robert M. Marino rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino
    on behalf of Trustee Janet M. Meiburger rmmarino@rpb-law.com rmmarino1@aol.com

Steven B. Ramsdell
    on behalf of Debtor Eric Jensen sramsdell@tbrclaw.com asemerjian@tbrclaw.com

United States Trustee
    USTPRegion04.NO.ECF@usdoj.gov ustpregion04.ax.ecf@usdoj.gov;USTPRegion04.RH.ECF@usdoj.gov

TOTAL: 11